# EXHIBIT A

# Heritage Pacific Financial, LLC, DBA Heritage Pacific Financial, A Texas Limited Liability Company
## v. Jesus Edgar Montano
### Case No. 11-04008

| WHEN | Units (6 min) | WHAT | WHO | Title |
|---|---|---|---|---|
| | | **PREPARATION FOR HEARING ON MOTION TO COMPEL** | | |
| 2/15/2012 | 14 | Draft Motion to Compel | TMS | Attorney |
| 2/16/2012 | 15 | Complete Motion to Compel, draft declaration, and compile exhibits | TMS | Attorney |
| 2/16/2012 | 8 | Review of Motion to Compel, revised, filed and served | CRG | Attorney |
| 3/2/2012 | 1 | Review of Opposition | CRG | Attorney |
| 3/7/2012 | 19 | Draft Reply Brief | TMS | Attorney |
| 3/7/2012 | 1 | Review use of Florida slip opinion/case law, and use of Exhibit A with CRG; make changes to improve clarity | TMS | Attorney |
| 3/7/2012 | 13 | Revise Reply Brief in preparation for filing; prepare exhibit | TMS | Attorney |
| 3/7/2012 | 4 | Review of Reply Brief, edited and filed | CRG | Attorney |
| 3/13/2012 | 1 | Conference CRG in preparation for 3/14 hearing | TMS | Attorney |
| 3/13/2012 | 1 | Conference TMS in preparation for 3/14 hearing | CRG | Attorney |

| | |
|---|---|
| **Total Units** | 77 |
| Total Attorney Units | 77 |
| Total Sr Paralegal Units | 0 |
| Total Jr Paralegal Units | 0 |
| | |
| Attorney @ $38.5/u | $2,964.50 |
| Sr Paralegal @ $15/u | $0.00 |
| Jr Paralegal @ $12.5/u | $0.00 |
| | |
| **Expenses:** | |
| Court Call Appearance Fee for 3/14/2012 | $30.00 |
| | |
| *Total Time* | **$2,964.50** |
| *Total Expenses* | $30.00 |
| *Invoice* | $2,994.50 |
| **Total Paid** | |
| | |
| **Total Due** | **$2,994.50** |