

**The following constitutes the order of the court.**
**Signed December 4, 2012**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                    No. 10-71788 WJL
                                         Chapter 7
Jesus Edgar Montano,

          Debtor.
_____/

                                         A.P. No. 11-4008
Heritage Pacific Financial, LLC

          Plaintiff.
     vs.

Jesus Edgar Montano,

          Defendant.
_____/

**MEMORANDUM RE PROPOSED ORDER FOR FEES AND COSTS**

On October 24, 2012, the Court held a hearing in the above-captioned case on Plaintiff's Motion for Attorney's Fees and Costs (Dkt. No. 154). At the hearing, the Court issued an oral ruling granting the Motion. The Court did identify the costs and fees associated with discovery as containing duplicative entries and ordered Plaintiff to file a supplemental declaration, consistent with the Court's conclusions, setting forth the correct calculations.

The Court having reviewed Plaintiff's further submission re amounts payable, it appears that there is some confusion over the Court's ruling. The Court's ruling is that in the category titled "Main Discovery", there is substantial duplication of time by two attorneys (See Dkt. No. 169, Exh. A). As explained at the oral ruling, approximately 25% of the entries appeared non-duplicative. 75% appeared to count duplicative work. 50% of the duplicative work, i.e., 37.5% of the "Main Discovery" category, is disallowed. The total amount of the category is $23,100.50. Therefore, fees in the amount of $14,437.81 are allowed. The Court notes that Defendant's counsel identified particular entries that were non-duplicative. The Court does not dispute this but these entries are included within the 25% deemed non-duplicative.

**\*\*END OF ORDER\***

**COURT SERVICE LIST**

Brad A. Mokri
Law Offices of Mokri and Assoc.
1851 E 1st St. #900
Santa Ana, CA 92705

Carl Gustafson
Lincoln Law, LLP
1525 Contra Costa Blvd.
Pleasant Hill, CA 94523

Tessa Meyers Santiago
Lincoln Law, LLP
921 W Center
Orem, UT 84057