Lincoln Law, LLP
Carl R. Gustafson, Bar No. 254881
Tessa Meyer Santiago, UT Bar 09324
Attorney for Debtor
1525 Contra Costa Blvd.
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6826

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JESUS EDGAR MONTANO,<br><br>    Debtor.<br>_____<br><br>HERITAGE PACIFIC FINANCIAL, LLC.,<br>d/b/a HERITAGE PACIFIC FINANCIAL,<br>a Texas Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS EDGAR MONTANO,<br><br>    Defendant.<br>_____ | Case No.: 10-71788<br><br>Chapter 7<br><br>Adversary Case No. 11-4008<br><br>**DEFENDANT'S RULE 26(b) MOTION FOR ADDITIONAL INTERROGATORIES**<br><br>Hearing Date:  March 13, 2013<br>Time:  10.30 AM<br>Courtroom:  220<br>Place:  1300 Clay Street<br>          Oakland, CA 94612<br><br>Before Honorable Judge William J Lafferty |

    Defendant JESUS MONTANO, by and through his counsel, Tessa Meyer Santiago, respectfully moves the Court for leave to serve more than the 25 interrogatories allowed by FRCP Rule 33(a)(1) upon the plaintiff and judgment-debtor, Heritage Pacific Financial, LLC as well as on third parties who have information relevant to the location, nature and extent of

Heritage Pacific's financial ability to pay the judgment entered in Defendant Montano's favor on January 25, 2013.

      This motion is based upon Rules 1, 26(b), 69 (a), and 33(a)(1) of the Federal Rules of Civil Procedure, and upon the other records and documents on file herein.

DATED:  12 February, 2013                  Respectfully submitted,

                                            /s/Tessa Meyer Santiago

                                            Tessa Meyer Santiago
                                            LINCOLN LAW, LLP
                                            Attorney for Defendant