Lincoln Law, LLP
Carl R. Gustafson, Bar No. 254881
Tessa Meyer Santiago, UT Bar 09324
Attorney for Debtor
1525 Contra Costa Blvd.
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6826

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 10-71788 |
| | ) |
| JESUS EDGAR MONTANO, | ) Chapter 7 |
| | ) |
| Debtor. | ) Adversary Case No. 11-4008 |
| | ) |
| | ) |
| HERITAGE PACIFIC FINANCIAL, LLC., | ) **DECLARATION OF TESSA MEYER** |
| d/b/a HERITAGE PACIFIC FINANCIAL, | ) **SANTIAGO IN SUPPORT OF** |
| a Texas Limited Liability Company, | ) **DEFENDANT'S RULE 26(b) MOTION** |
| | ) **FOR ADDITIONAL** |
| | ) **INTERROGATORIES** |
| Plaintiff, | ) |
| | ) |
| v. | ) Hearing Date: March 13, 2013 |
| | ) Time: 10.30 AM |
| JESUS EDGAR MONTANO, | ) Courtroom: 220 |
| | ) Place: 1300 Clay Street |
| Defendant. | ) Oakland, CA 94612 |
| | ) |
| | ) Before Honorable Judge William J Lafferty |

I, Tessa Meyer Santiago, do hereby declare the following:

      1.     I am the attorney for Defendant Jesus Montano, and have personal knowledge of

the foregoing facts. I am willing and capable to testify if necessary.

2.     The document attached as Exhibit A is a true and correct copy of the letter dated July 5, 2011 which I drafted and which was signed by Carl Gustafson, and sent to Jennifer Hupe, counsel for Plaintiff Heritage Pacific Financial.

3.     The document attached as Exhibit B is a true and correct copy of Plaintiff Heritage Pacific Financial's response to Defendant's First Set of Interrogatory Requests.

4.     The document attached as Exhibit C is a true and correct copy of the proposed Rule 69 Interrogatories which Defendant Montano seeks leave to serve on judgment-debtor Heritage Pacific Financial.

5.     The document attached as Exhibit D is a true and correct copy of the Proposed Statement of Decision Following Court Trial, entered in the *Abdelkfattah v. Heritage Pacific Financial*, Case No. 1-10-CV-171231 (Santa Clara, October 18, 2012).

6.     The document attached as Exhibit E is a true and correct copy of the Transcript of the Deposition of Benjamin Ganter, taken in the case *See Heritage Pacific v. Rosita Gonzalez*; *Francisco Morales Gonzalez, et al. v. Heritage Pacific Financial, LLC*, Case. No. 1-10-CV-173203 (Cal. Sup. Ct. Santa Clara).

I DECLARE UNDER PENALTY OF PERJURY IN THE STATE OF UTAH THAT THE FOREGOING IS TRUE AND CORRECT.

DATED:  12 February, 2013, Orem Utah          /s/Tessa Meyer Santiago

                                                                      Tessa Meyer Santiago
                                                                      LINCOLN LAW, LLP
                                                                      Attorney for Defendant