Lincoln Law, LLP
Carl R. Gustafson, Bar No. 254881
Attorney for Debtors
1525 Contra Costa Blvd.
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6826

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: | ) BANKRUPTCY CASE NO.: 10-71788 |
| Jesus Edgar Montano, | ) Chapter 7 |
| Debtor | ) ADVERSARY CASE NO.: 11-04008 WJL |
| _____ | ) **DEFENDANT'S MOTION FOR ASSIGNMENT** |
| HERITAGE PACIFIC FINANCIAL, LLC, a Texas Limited Liability Company | ) **OF RIGHTS PURSUANT TO CCP§708.510(a)** ) **AND FRCP 69(a)** |
| Plaintiff, | ) |
| v. | ) Hearing time: 10.30 a.m. ) Hearing date: June 12, 2013 |
| JESUS EDGAR MONTANO, | ) Hearing Place: Room 220, 1300 Clay Street, ) Oakland, California, 94612 |
| Defendant. | ) |

**MOTION**

Pursuant to FRCP 69(a), made relevant herein by Bankr. R. 7069, and California Code of Civil Procedure §708.510(a), Judgment Creditor/Defendant Jesus Montano moves the Court, for purposes of enforcement of the judgment in his favor rendered in the above-entitled action dated January 25, 2013 in the amount of $70, 867.31as follows:

```
                Defendant Jesus Montano's Motion for Order of Assignment
```

1

1. For the issuance of an order for assignment of rights, accounts, accounts receivables, rights to payment of money, and general intangibles owed and in favor of HERITAGE PACIFIC FINANCIAL, LLC due from the following financial institutions:

    a) Capital One, National Association, 1860 Capital One Drive, McClean, VA 22102;
    b) J.P. Morgan Chase Bank, 2780 Lake Vista Drive, Lewisville, TX 75067;
    c) HSBC, One HSBC Center, 27th Floor, Buffalo, NY 14203.

2. For an issuance of an order for assignment of rights, accounts, accounts receivables, rights to payment of money, and general intangibles owed and in favor of HERITAGE FINANCIAL, LLC due from the following automated payment processor:

    a) First ACH, 9693 Gerwig Lane Suite A, Columbia, MD, 21146 USA

3. For an issuance of an order for assignment of rights, accounts, accounts receivables, rights to payment of money, and general intangibles owed and in favor of HERITAGE FINANCIAL, LLC due from the following United States Trustees administering Chapter 13 bankruptcies in the bankruptcy districts of Central California, Eastern California, Northern California, South California, Southern Florida, Middle Florida, Arizona, and Nevada. The order will cover the following trustees of the United States bankruptcy courts:

<u>CENTRAL DISTRICT OF CALIFORNIA</u>
Amrane Cohen, 770 The City Drive South, Suite 8500, Orange, CA 92868
Nancy K. Curry, 700 S. Flower Street, Suite 1215, Los Angeles, CA 90017
Rodney A Danielson, 3787 University Avenue, Riverside, CA 92501
Kathy Anderson Dockery, 700 S. Flower Street, Suite 1950, Los Angeles, CA 90017
Elizabeth F. Rojas, 15060 Ventura Blvd, Suite 240, Sherman Oaks, CA 91403

UNDERLINE_UNDERLINE EASTERN DISTRICT OF CALIFORNIA
David P. Cusick, P.O. Box 1858, Sacramento, CA 95812
Russell D. Greer, P.O. Box 3051, Modesto, CA 95353-3051
Jan P. Johnson, P.O. Box 1708, Sacramento, CA 95812
Michael Meyer, 7550 N. Palm Avenue, Suite 204, Fresno, CA 93711

NORTHERN DISTRICT OF CALIFORNIA
Martha G. Bronitsky, P.O. Box 9077, Pleasanton, CA 94566
David E. Burchard, P.O. Box 8059, Foster City, CA 94404
Devin Derham-Burk, P.O. Box 50013, San Jose, CA 95150-0013

SOUTHERN DISTRICT OF CALIFORNIA
Thomas H. Billingslea, Jr., 530 "B" Street, Suite 1500, San Diego, CA 92101-4499
David L. Skelton, 525 B Street, Suite 1430, San Diego, CA 92101

THE DISTRICT OF ARIZONA
Russell A. Brown, 3838 N. Central Avenue #800, Phoenix, AZ 85012-1965
Dianne C. Kerns, 7320 N. La Cholla #154, Tucson, AZ 85471
Edward J. Maney, 101 North First Avenue, Suite 1775, Phoenix, AZZ 85003

SOUTHERN DISTRICT OF FLORIDA
Nancy K. Neidich, P.O. Box 279806, Miramar, FL 33027-4452
Robin R. Wiener, P.O. Box 559007, Fort Lauderdale, FL 33355-9007

MIDDLE DISTRICT OF FLORIDA
Douglas W. Neway, 200 West Forsyth, Suite 1520, Jacksonville, FL 32202
Terry E Smith, 3046 E. College Ave, Ruskin, FL 33570
Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206-5001
Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790

DISTRICT OF NEVADA
Kathleen A. Leavitt, 201 Las Vegas Boulevard So., Las Vegas, NV 89101
William A. Van Meter, 1225 Westfield Avenue, Suite 8, Reno, NV 89501
Rick A Yarnall, 701 Bridger Avenue, Suite 820, Las Vegas, NV 89101

4. For the issuance of an order for assignment of rights, accounts, accounts receivables, rights to payment of money, and general intangibles owed and in favor of HERITAGE PACIFIC FINANCIAL, LLC due from it attorneys:

a) Brad Mokri, LAW OFFICE OF MOKRI & ASSOCIATES, 1851 E. First Street, Suite 900, Santa Ana, CA 92705

Defendant Jesus Montano's Motion for Order of Assignment

3

b) Jennifer Hupe Harris, LAW OFFICE OF MOKRI & ASSOCIATES, 1851 E. First Street, Suite 900, Santa Ana, CA 92705

c) Michael J. Davidson, GORDON & REES, LLC, 3770 Howard Hughes Parkway, Suite 100, Las Vegas, NV 89169

d) Ethan Featherstone, FEATHERSTONE & HEGJI, 7465 W. Lake Mead Blvd, Ste 100, Las Vegas, NV 89128

e) Justin Timothy Ryan, LAW OFFICES OF JUSTIN T. RYAN, 2534 State St. #404, San Diego, CA 92101

f) Aree Shahparnia, 8895 Towne Center Dr #105-195, San Diego, CA 92122

5. For the issuance of an order for assignment of rights, accounts, accounts receivables, rights to payment of money, and general intangibles that were owed and in favor of HERITAGE PACIFIC FINANCIAL, LLC due from the following settling defendant-debtors and/or judgment-debtors in the respective cases named below. This order covers those monies which flow to Heritage and its assignees, if any, from these settlement agreements.

A) U.S. BANKRUPTCY COURT--CENTRAL DISTRICT OF CALIFORNIA

a) ABRAHAM, Noel Dawit, defendant in *Heritage Pacific Financial, LLC v. Abraham*, Case No. 2:10-AP-02773, Bankr. C.D. California;

b) MORALES, Melissa Nellie, defendant in *Heritage Pacific Financial, LLC v. Morales,* Case No. 6:11-AP-01028, Bankr. C.D. California;

c) GUERRERO, Eduardo, defendant in *Heritage Pacific Financial, LLC v. Guerrero,* Case No. 2:11-AP-01223, Bankr. C.D. California;

d) SANTIZO, Omar, defendant in *Heritage Pacific Financial, LLC v. Santizo,* Case No. 6:10-AP-01525, Bankr. C.D. California;

e) ARANA, Josefina, defendant in *Heritage Pacific Financial, LLC v. Arana,* Case No. 6:10-AP-01575, Bankr. C.D. California;

f) ALVAREZ, Alfredo, defendant in *Heritage Pacific Financial, LLC v. Alvarez,* Case No., 8:10-AP-01575, Bankr. C.D. California;

g) PINEDA, Joel R., defendant in *Heritage Pacific Financial, LLC v. Pineda,* Case No. 6:10-AP-01513, Bankr. C.D. California;

h) LEMUS, Yolande F., defendant in *Heritage Pacific Financial, LLC v. Lemus,* Case No. 6:10-AP-01092, Bankr. C.D. California;

i) OROZCO, Rosalba Patricia, defendant in *Heritage Pacific Financial, LLC v. Orozco,* Case No. 6:10-AP-01599, Bankr. C.D. California;

j) VALADEZ, Rafael Razo, defendant in *Heritage Pacific Financial, LLC v. Valadez,* Case No. 9:10-AP-01282, Bankr. C.D. California;

k) BIRCH, Danielle, defendant in *Heritage Pacific Financial, LLC v. Birch,* Case No. 8:10-AP-01480, Bankr. C.D. California;

l) SANOSYAN, Vahram, defendant in *Heritage Pacific Financial, LLC v. Sanosyan,* Case No. 2:10-AP-03182, Bankr. C.D. California;

m) GONZALEZ, Maria, defendant in *Heritage Pacific Financial, LLC v. Gonzalez,* Case No. 9:10-AP-01313, Bankr. C.D. California;

n) MARQUEZ, Michael C., defendant in *Heritage Pacific Financial, LLC v. Marquez,* Case No. 9:11-AP-01042, Bankr. C.D. California;

o) MEDINA, Miguel A, defendant in *Heritage Pacific Financial, LLC v. Medina,* Case No. 9:11-AP-01085, Bankr. C.D. California;

p) VALENCIA, Jose Alfredo, defendant in *Heritage Pacific Financial, LLC v. Valencia,* Case No. 8:11-AP-01047, Bankr. C.D. California;

q) PALACIO, Rodulfo, defendant in *Heritage Pacific Financial, LLC v. Palacio,* Case No. 8:11-AP-01022, Bankr. C.D. California;

r) PETERS, Walter, defendant in *Heritage Pacific Financial, LLC v. Peters,* Case No. 2:11-AP-02290, Bankr. C.D. California;

s) ESPINO, Servando, defendant in *Heritage Pacific Financial, LLC v. Espino,* Case No. 8:10-AP-01553, Bankr. C.D. California;

t) WILLIAMS, Marcus, defendant in *Heritage Pacific Financial, LLC v. Williams,* Case No. 6:11-AP-01119, Bankr. C.D. California;

u) CERVANTES, Albert, defendant in *Heritage Pacific Financial, LLC v. Cervantes,* Case No. 2:11-AP-01733, Bankr. C.D. California;

v) RAMIREZ, Vivanco, defendant in *Heritage Pacific Financial, LLC v. Ramirez,* Case No. 2:11-AP-01150, Bankr. C.D. California;

w) RAMIREZ, Michael David, Sr and Sylvia Elaine., defendants in *Heritage Pacific Financial, LLC v. Ramirez,* Case No. 6:11-AP-01545, Bankr. C.D. California;

x) ATUNEZ, Juan A., defendant in *Heritage Pacific Financial, LLC v. Atunez,* Case No. 6:11-AP-01569, Bankr. C.D. California;

y) MARQUEZ, Fernando, defendant in *Heritage Pacific Financial, LLC v. Marquez,* Case No. 2:11-AP-02502, Bankr. C.D. California;

z) DRISCOLL, Robert Edward Jr., defendant in *Heritage Pacific Financial, LLC v. Driscoll,* Case No. 2:11-AP-02333, Bankr. C.D. California;

aa) MABSON, Duane, defendant in *Heritage Pacific Financial, LLC v. Mabson,* Case No. 2:10-AP-02445, Bankr. C.D. California;

bb) ORTIZ, Rosa Maria, defendant in *Heritage Pacific Financial, LLC v. Ortiz,* Case No. 8:11-AP-01018, Bankr. C.D. California;

cc) LAO, Peter, defendant in *Heritage Pacific Financial, LLC v. Lao,* Case No. 2:11-AP-01335, Bankr. C.D. California;

dd) FUENTEZ, Deanna Marie, defendant in *Heritage Pacific Financial, LLC v. Fuentez,* Case No. 6:10-AP-01750, Bankr. C.D. California;

ee) AQUINO, Darwin Camerino, defendant in *Heritage Pacific Financial, LLC v. Aquino,* Case No. 1:11-AP-01268, Bankr. C.D. California;

ff) VITAL, Jaime, defendant in *Heritage Pacific Financial, LLC v. Vital,* Case No. 6:11-AP-01694, Bankr. C.D. California;

gg) EDWARDS, Kenneth R., defendant in *Heritage Pacific Financial, LLC v. Edwards,* Case No. 6:10-AP-01733, Bankr. C.D. California;

hh) HERNANDEZ DE CAMPOS, Dora, defendant in *Heritage Pacific Financial, LLC v. Hernandez de Campos,* Case No. 2:11-AP-01579, Bankr. C.D. California;

Defendant Jesus Montano's Motion for Order of Assignment

6

ii) RAMIREZ, Ramona Lilia, defendant in *Heritage Pacific Financial, LLC v. Ramirez,* Case No. 2:11-AP-02565, Bankr. C.D. California;

jj) TOVMASSIAN, Gary, defendant in *Heritage Pacific Financial, LLC v. Tovmassian,* Case No. 2:11-AP-01972, Bankr. C.D. California;

kk) SIERRA, Manuel and Maria Lilia, defendants in *Heritage Pacific Financial, LLC v. Sierra,* Case No. 2:11-AP-01018, Bankr. C.D. California;

ll) MARQUEZ, Sergio, defendant in *Heritage Pacific Financial, LLC v. Marquez,* Case No. 6:11-AP-01069, Bankr. C.D. California;

mm) SALGUERO, Mario Rolando, defendant in *Heritage Pacific Financial, LLC v. Salguero,* Case No. 2:11-AP-02100, Bankr. C.D. California;

nn) NSAHLAI, Emmanuel, defendant in *Heritage Pacific Financial, LLC v. Nsahlai,* Case No. 2:11-AP-02983, Bankr. C.D. California;

oo) TALAVERA, Elpidio, defendant in *Heritage Pacific Financial, LLC v. Talavera,* Case No. 6:11-AP-01910, Bankr. C.D. California;

pp) VALENCIA, Hector G., defendant in *Heritage Pacific Financial, LLC v. Valencia,* Case No. 2:11-AP-02630, Bankr. C.D. California;

qq) WADE, Mikki, defendant in *Heritage Pacific Financial, LLC v. Wade,* Case No. 2:11-AP-02844, Bankr. C.D. California;

rr) MEDRANO, Ottoniel, defendant in *Heritage Pacific Financial, LLC v. Medrano,* Case No. 2:10-AP-03142, Bankr. C.D. California;

ss) ROBES, Flora, defendant in *Heritage Pacific Financial, LLC v. Robes,* Case No. 2:11-AP-02375, Bankr. C.D. California;

tt) VEGA, Felipe De Jesus, defendant in *Heritage Pacific Financial, LLC v. Vega,* Case No. 1:10-AP-01101, Bankr. C.D. California;

uu) GONZALEZ-GUZMAN, Ivan, defendant in *Heritage Pacific Financial, LLC v. Medina,* Case No. 8:10-AP-01449, Bankr. C.D. California.

B) U.S. BANKRUPTCY COURT—EASTERN DISTRICT OF CALIFORNIA

Defendant Jesus Montano's Motion for Order of Assignment

7

a) WILSON, Rick James, defendant in *Heritage Pacific Financial, LLC v. Wilson,* Case No. 10-01291, Bankr. E.D. California;

b) PHILLIPS, Steven, defendant in *Heritage Pacific Financial, LLC v. Phillips,* Case No. 10-01308, Bankr. E.D. California;

c) GONZALEZ, Yasmin, defendant in *Heritage Pacific Financial, LLC v. Gonzalez,* Case No. 11-02088, Bankr. E.D. California;

d) VICENTE, Angelina, defendant in *Heritage Pacific Financial, LLC v. Vicente,* Case No. 11-02016, Bankr. E.D. California;

e) ADAMS, Jeffery P., defendant in *Heritage Pacific Financial, LLC v. Adams,* Case No. 11-02127, Bankr. E.D. California;

f) TORELL, Michael Andrew, defendant in *Heritage Pacific Financial, LLC v. Torrell,* Case No. 11-01080, Bankr. E.D. California;

g) GARCIA, Adriana, defendant in *Heritage Pacific Financial, LLC v. Garcia,* Case No. 10-02766, Bankr. E.D. California;

h) BEELARD, Jessica and Eric, defendants in *Heritage Pacific Financial, LLC v. Beelard,* Case No. 10-02798, Bankr. E.D. California;

i) RAMOS, Samuel, defendant in *Heritage Pacific Financial, LLC v. Ramos,* Case No. 10-09066, Bankr. E.D. California;

j) MORENO, Victor, defendant in *Heritage Pacific Financial, LLC v. Moreno,* Case No. 11-01113, Bankr. E.D. California;

k) COUNTOURIOTIS, George Edward, defendant in *Heritage Pacific Financial, LLC v. Countouriotis,* Case No. 10-02744, Bankr. E.D. California;

l) MARTINEZ, Gerardo and Martha, defendants in *Heritage Pacific Financial, LLC v. Martinez,* Case No. 11-01198, Bankr. E.D. California;

m) JEFFORD, Nadine Ann, defendant in *Heritage Pacific Financial, LLC v. Jefford,* Case No. 11-02246, Bankr. E.D. California;

n) JIMENEZ, Roger Avila, defendant in *Heritage Pacific Financial, LLC v. Jimenez,* Case No. 10-02525, Bankr. E.D. California;

o) ROMO, Anisha, defendant in *Heritage Pacific Financial, LLC v. Romo,* Case No. 11-02621, Bankr. E.D. California.

C) U.S. BANKRUPTCY—NORTHERN DISTRICT OF CALIFORNIA

a) VIVAS, Oscar, Jr., defendant in *Heritage Pacific Financial, LLC v. Vivas,* Case No. 10-03172, Bankr. N.D. California;

b) LOPEZ, Brenda, defendant in *Heritage Pacific Financial, LLC v. Lopez,* Case No. 10-05338, Bankr. N.D. California;

c) MALDIA, Kim, defendant in *Heritage Pacific Financial, LLC v. Maldia,* Case No. 11-05013, Bankr. N.D. California;

d) ROMAN, Ana Laura, defendant in *Heritage Pacific Financial, LLC v. Roman,* Case No. 11-05134, Bankr. N.D. California.

D) U.S. BANKRUPTCY COURT—Southern District of California

a) JORDAN, Verena, defendant in *Heritage Pacific Financial, LLC v. Jordan,* Case No. 11-90051, Bankr. S.D. California;

b) PROO, Barbara, defendant in *Heritage Pacific Financial, LLC v. Proo,* Case No. 11-90029, Bankr. S.D. California;

c) LUND, James Thomas, defendant in *Heritage Pacific Financial, LLC v. Lund,* Case No. 11-90399, Bankr. S.D. California;

d) DEKOEKKOEK, Laurens, defendant in *Heritage Pacific Financial, LLC v. Dekoekkoek,* Case No. 11-90491, Bankr. S.D. California;

e) CONTRERAS, Maria Isabel, defendant in *Heritage Pacific Financial, LLC v. Contreras,* Case No. 11-90046, Bankr. S.D. California.

E) U.S. BANKRUPTCY COURT—District of Nevada

a) HANNA, Ann Mary, defendant in *Heritage Pacific Financial, LLC v. Hanna,* Adversary Proceeding No. 10-01423-9005, Bankr. D. Nevada;

b) SPARTACUS, Susan, defendant in *Heritage Pacific Financial, LLC v. Spartacus,* Adversary Proceeding No. 11-01145, Bankr. D. Nevada;

c) QUINTO, Marietta, defendant in *Heritage Pacific Financial, LLC v. Quinto,* Adversary Proceeding No. 11-01094, Bankr. D. Nevada.

6. For an order compelling the assignment of all of the monies due Heritage from the various U.S. Trustees named above, the attorneys representing Heritage in its multiple suits, and from the settlement agreements and judgments obtained by Heritage in the dischargeability actions brought in federal bankruptcy court, and that the payments otherwise due Heritage shall be paid to and on behalf of Defendant, by a check, draft, money order or wire transfer, payable to the order of LINCOLN LAW, attorneys for Jesus Edgar Montano in the above-entitled action, that such funds be forwarded to Carl R. Gustafson, LINCOLN LAW, LLP, 1525 Contra Costa Blvd, Pleasant Hill, 94523, CA until the total of the judgment in the above-entitled action be paid in full herein.

The basis of this motion is that Heritage is being paid funds through Chapter 13 plans by the United States Trustees for the Bankruptcy Courts of multiple districts. Defendant Montano also bases this motion on the existence of multiple settlement agreements between Heritage and debtors from which agreements Heritage is owed monthly payments extending out for as along as 120 months from the date of entry of the stipulated judgment, and which payments are processed by First ACH, and deposited into Capital One, HSBC and Chase Bank. Heritage has also obtained default judgments in several of its dischargeability actions. In the event that Heritage receives any monies from those judgments, Montano requests those funds be assigned to him until the satisfaction of the judgments. In as much as the attorneys for Heritage are the recipient of funds which are intended for Heritage, the order affects Heritage's attorneys of record in the dischargeability actions.

This motion is based upon the Notice, the Memorandum of Points and Authorities filed in connection therewith, upon all pleadings, papers and other matters on file herein, and all matters which this court may take judicial notice hereof.

DATED: May 13, 2013               Respectfully Submitted,

                                                       /s/ Tessa Meyer Santiago
                                                      Tessa Meyer Santiago
                                                      Attorney for Defendant
                                                      Jesus Montano

Defendant Jesus Montano's Motion for Order of Assignment

11