Lincoln Law, LLP
Tessa Meyer Santiago, UT Bar 09324, *pro hac vice*
Carl R. Gustafson, Bar No. 254881
Attorney for Debtors
1525 Contra Costa Blvd.
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6826

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) BANKRUPTCY CASE NO.: 10-71788 )|
| Jesus Edgar Montano, | ) Chapter 7 ) |
| Debtor | ) ADVERSARY CASE NO.: 11-04008 WJL ) |
| _____ | ) **DECLARATION OF TESSA MEYER** ) **SANTIAGO in support of ORDER ASSIGNING** |
| HERITAGE PACIFIC FINANCIAL, LLC., d/b/a HERITAGE PACIFIC FINANCIAL, a Texas Limited Liability Company, | ) **RIGHTS** ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JESUS EDGAR MONTANO, | ) ) |
| Defendant. | |

I, TESSA MEYER SANTIAGO, being of sound mind, do hereby declare as follows:

1. I am the attorney for Jesus Montano, defendant in the adversary proceeding, Case No. 11-04008. I have personal knowledge of the following events and will provide testimony if necessary.

2. On June 12, 2013, after proper notice and briefing, the Court held a hearing on the Defendant's Motion for an Order assigning rights pursuant to California Code of Civil Procedure §708.510(a) and Federal Rule of Civil Procedure 69(a) ("Motion"). I represented Mr. Montano,

the Defendant and Judgment Creditor. Heritage Pacific Financial did not file a written opposition to the Motion, and was not represented at the hearing.

3. The Motion requested that an assignment of rights to accounts, accounts receivables, rights to payment of money, and general intangibles owed and in favor of Heritage Pacific Financial, LLC ("Heritage Pacific") from five different groups: financial institutions, payment processing companies, attorneys, Chapter 13 trustees, and debtors who entered into settlement agreements with Heritage Pacific.

4. During the hearing, the Court granted the Defendant's motion as to commercial entities i.e., the financial institutions and the payment processing companies, and to settling debtors who were represented by counsel. The Court requested that Defendant's counsel provide a mechanism whereby the Court and the obligors could be kept informed of the amount collected under the order assigning rights ("Order").

<u>Debtors Represented by Counsel</u>

5. I have personally verified that all the settling debtors included in the proposed Order are represented by counsel in the adversary proceeding in which the consent judgment was entered. A table which contains all the debtors identified in the Motion is attached as Exhibit A to this Declaration. The table keeps the same numbering as used in the Motion, and establishes whether each settling debtor was represented by counsel in the bankruptcy and/or adversary proceeding, or whether the debtor proceeded pro se in the bankruptcy and/or adversary proceeding. If the debtor was represented by counsel, the counsel is identified, as well as the case in which the counsel represented the debtor.

6. I obtained this information by accessing on PACER the docket report for each adversary and, if necessary, the underlying bankruptcy case.

7. I have included in this Order only those debtors who were represented by counsel in their adversary proceeding.

Reporting and Accounting Mechanism

8. In response to the Court's request for a mechanism whereby the Court can be kept apprised of the monies collected under the order, I propose the following solution: Defendant's counsel shall submit a status report 30 days from the entry of this Order and every 60 days thereafter. The status report shall identify 1) the obligor from whom the funds were received, 2) the date on which the funds were received, 3) the amount of the funds received, and 4) the amount remaining to be satisfied on the judgment. This status report shall also be served on Heritage Pacific at 2200 K Avenue, Plano, Texas, 75074.

9. I also propose that in the event the judgment is satisfied through this assignment order, that Defendant's counsel return within three (3) days any funds received in excess of the judgment amount.

10. Finally, Defendant's counsel shall file with the Court a satisfaction of judgment and provide copies to each obligor identified in the Order, and to Heritage Pacific.

Sworn this 1st day of July, 2013 under penalty of perjury according to the laws of the state of Utah.

Provo, Utah /s/ Tessa Meyer Santiago
Tessa Meyer Santiago, Attorney
Affiant