# EXHIBIT A

Exhibit A to Declaration of Tessa Meyer Santiago, Order of Assignment

1

# U.S. BANKRUPTCY COURT--CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| a) ABRAHAM, Noel Dawit, defendant in *Heritage Pacific Financial, LLC v. Abraham*, Case No. 2:10-AP-02773, Bankr. C.D. California; | Bankruptcy: Sujin Kim, Hope Law Group,<br><br>AP--pro se |
| b) MORALES, Melissa Nellie, defendant in *Heritage Pacific Financial, LLC v. Morales,* Case No. 6:11-AP-01028, Bankr. C.D. California; | Bankruptcy--<br>Tyson Takeuchi<br>Law Offices of Tyson Takeuchi<br>1100 Wilshire Blvd Ste 2606<br>Los Angeles, CA 90017<br>213-637-1566<br><br>AP--pro se |
| c) GUERRERO, Eduardo, defendant in *Heritage Pacific Financial, LLC v. Guerrero,* Case No. 2:11-AP-01223, Bankr. C.D. California; | AP Counsel—<br><br>Kenneth Jay Schwartz<br>21031 Ventura Blvd<br>Ste 640<br>Woodland Hills, CA 91364-2203 |
| d) SANTIZO, Omar, defendant in *Heritage Pacific Financial, LLC v. Santizo,* Case No. 6:10-AP-01525, Bankr. C.D. California; | AP Counsel—<br><br>Aruna P Rodrigo<br>Rodrigo Law Firm<br>3200 Guasti Rd Ste 100<br>Ontario, CA 91761<br>909-456-8833 |
| e) ARANA, Josefina, defendant in *Heritage Pacific Financial, LLC v. Arana,* Case No. 6:10-AP-01575, Bankr. C.D. California; | Pro Se |
| f) ALVAREZ, Alfredo, defendant in *Heritage Pacific Financial, LLC v. Alvarez,* Case No., 8:10-AP-01575, Bankr. C.D. California; | Bankruptcy--<br>Nancy Knupfer<br>Fredman Knupfer Lieberman LLP<br>1875 Century Park East Ste 2200<br>Los Angeles, CA 90067<br><br>AP-pro se |
| g) PINEDA, Joel R., defendant in *Heritage Pacific Financial, LLC v. Pineda,* Case No. 6:10-AP-01513, Bankr. C.D. California; | AP Counsel—<br><br>Michael J Hemming<br>333 W Mission Blvd<br>Pomona, CA 91766<br>909-469-6087 |

| | | |
|---|---|---|
| h) | LEMUS, Yolande F., defendant in *Heritage Pacific Financial, LLC v. Lemus,* Case No. 6:10-AP-01092, Bankr. C.D. California; | AP Counsel—<br><br>John R. Setlich,<br>Law Offices of Setlich & Naime,<br>12592 Central Ave, Chino, CA 91710 |
| i) | OROZCO, Rosalba Patricia, defendant in *Heritage Pacific Financial, LLC v. Orozco,* Case No. 6:10-AP-01599, Bankr. C.D. California; | AP Counsel—<br><br>Dana M Douglas,<br>16235 Devonshire St 19,<br>Granada Hills, CA 91344 |
| j) | VALADEZ, Rafael Razo, defendant in *Heritage Pacific Financial, LLC v. Valadez,* Case No. 9:10-AP-01282, Bankr. C.D. California; | AP Counsel—<br><br>Daniel A. Higson,<br>The Law Offices of Daniel A. Higson,<br>1835 Knoll Drive, Ventura, CA 93003. |
| k) | BIRCH, Danielle, defendant in *Heritage Pacific Financial, LLC v. Birch,* Case No. 8:10-AP-01480, Bankr. C.D. California; | AP Counsel—<br><br>Jeffrey B Smith<br>301 E Ocean Blvd Ste 1700<br>Long Beach, CA 90802 |
| l) | SANOSYAN, Vahram, defendant in *Heritage Pacific Financial, LLC v. Sanosyan,* Case No. 2:10-AP-03182, Bankr. C.D. California; | AP Counsel—<br><br>Vakhe Khodzhayan<br>KG Law<br>1010 N Central Ave Ste 450<br>Glendale, CA 91202 |
| m) | GONZALEZ, Maria, defendant in *Heritage Pacific Financial, LLC v. Gonzalez,* Case No. 9:10-AP-01313, Bankr. C.D. California; | AP Counsel—<br><br>Michael Grennier<br>5851 Thille St Ste 103<br>Ventura, CA 93003 |
| n) | MARQUEZ, Michael C., defendant in *Heritage Pacific Financial, LLC v. Marquez,* Case No. 9:11-AP-01042, Bankr. C.D. California; | AP Counsel—<br><br>Daniel A. Higson,<br>The Law Offices of Daniel A. Higson,<br>1835 Knoll Drive, Ventura, CA 93003. |
| o) | MEDINA, Miguel A, defendant in *Heritage Pacific Financial, LLC v. Medina,* Case No. 9:11-AP-01085, Bankr. C.D. California; | AP Counsel—<br><br>Jerry Namba<br>504 East Chapel Street<br>Santa Maria, CA 93454 |
| p) | VALENCIA, Jose Alfredo, defendant in *Heritage Pacific Financial, LLC v. Valencia,* Case No. 8:11-AP-01047, Bankr. C.D. California; | AP Counsel—<br><br>Robert S Lampl<br>Law Office of Robert S Lampl<br>21031 Ventura Blvd<br>Ste 640<br>Woodland Hills, CA 91364-2203 |

| | | |
|---|---|---|
| q) | PALACIO, Rodulfo, defendant in *Heritage Pacific Financial, LLC v. Palacio,* Case No. 8:11-AP-01022, Bankr. C.D. California; | AP Counsel—<br><br>Gerald L Bohart<br>Law Offices of Gerald L Bohart, A.P.C.<br>9988 Hibert St, Ste.208<br>San Diego, CA 92131 |
| r) | PETERS, Walter, defendant in *Heritage Pacific Financial, LLC v. Peters,* Case No. 2:11-AP-02290, Bankr. C.D. California; | AP Counsel—<br><br>Raffy M Boulgourjian<br>100 N Brand Blvd Ste 200<br>Glendale, CA 91203 |
| s) | ESPINO, Servando, defendant in *Heritage Pacific Financial, LLC v. Espino,* Case No. 8:10-AP-01553, Bankr. C.D. California; | AP Counsel—<br><br>Raffy M Boulgourjian<br>100 N Brand Blvd Ste 200<br>Glendale, CA 91203 |
| t) | WILLIAMS, Marcus, defendant in *Heritage Pacific Financial, LLC v. Williams,* Case No. 6:11-AP-01119, Bankr. C.D. California; | Pro Se |
| u) | CERVANTES, Albert, defendant in *Heritage Pacific Financial, LLC v. Cervantes,* Case No. 2:11-AP-01733, Bankr. C.D. California; | AP Counsel—<br><br>John Habashy<br>The Habashy Law Firm<br>1025 N Brand Blvd, Ste.301<br>Glendale, CA 91202 |
| v) | RAMIREZ, Vivanco, defendant in *Heritage Pacific Financial, LLC v. Ramirez,* Case No. 2:11-AP-01150, Bankr. C.D. California; | AP Counsel—<br><br>David R Chase<br>Law Office of David Chase<br>1900 E La Palma Ave, Ste.207<br>Anaheim, CA 92805 |
| w) | RAMIREZ, Michael David, Sr and Sylvia Elaine., defendants in *Heritage Pacific Financial, LLC v. Ramirez,* Case No. 6:11-AP-01545, Bankr. C.D. California; | Bankruptcy--Judy Driver<br>Law Offices of Judy Driver<br>PO Box 11363<br>San Bernardino, CA 92423<br><br>AP-pro se |
| x) | ATUNEZ, Juan A., defendant in *Heritage Pacific Financial, LLC v. Atunez,* Case No. 6:11-AP-01569, Bankr. C.D. California; | AP Counsel—<br><br>Roger D Stacy - SUSPENDED -<br>The Solutions Law Center APC<br>3665 Ruffin Rd 310<br>San Diego, CA 92123 |
| y) | MARQUEZ, Fernando, defendant in *Heritage Pacific Financial, LLC v. Marquez,* Case No. 2:11-AP-02502, Bankr. C.D. California; | Bankruptcy--Marvin Jarrett Mann<br>Law Offices of Marvin J Mann<br>2706 Artesia Blvd Ste A<br>Redondo Beach, CA 90278 |

|  | AP--pro se |
|---|---|
| z) DRISCOLL, Robert Edward Jr., defendant in *Heritage Pacific Financial, LLC v. Driscoll,* Case No. 2:11-AP-02333, Bankr. C.D. California; | AP Counsel—<br><br>Ilyse Klavir<br>1672 W Avenue J Ste 106<br>Lancaster, CA 93534<br>661-339-2969 |
| aa) MABSON, Duane, defendant in *Heritage Pacific Financial, LLC v. Mabson,* Case No. 2:10-AP-02445, Bankr. C.D. California; | AP Counsel—<br>John D Monte<br>15303 Ventura Boulevard Ninth Floor<br>Sherman Oaks, CA 91403<br>323-876-9918 |
| bb) ORTIZ, Rosa Maria, defendant in *Heritage Pacific Financial, LLC v. Ortiz,* Case No. 8:11-AP-01018, Bankr. C.D. California; | AP Counsel—<br>Jame P Mascaro<br>Mascaro Law, A Professional Corporation<br>3419 E Chapman Ave #492<br>Orange, CA 92869 |
| cc) LAO, Peter, defendant in *Heritage Pacific Financial, LLC v. Lao,* Case No. 2:11-AP-01335, Bankr. C.D. California; | AP Counsel—<br>Jonathan L Nielsen<br>Law Offices of Jonathan L Nielsen<br>14724 Ventura Blvd<br>Penthouse<br>Sherman Oaks, CA 91403 |
| dd) FUENTEZ, Deanna Marie, defendant in *Heritage Pacific Financial, LLC v. Fuentez,* Case No. 6:10-AP-01750, Bankr. C.D. California; | AP Counsel—<br>Nathan Fransen<br>980 Montecito Dr Ste 206<br>Corona, CA 92879<br>951-520-9684 |
| ee) AQUINO, Darwin Camerino, defendant in *Heritage Pacific Financial, LLC v. Aquino,* Case No. 1:11-AP-01268, Bankr. C.D. California; | AP Counsel—<br>Hasmik J Dzhanszyan<br>Ray Bulaon Law offices, Inc.<br>701 N Brand Blvd Ste 270<br>Glendale, CA 91203 |
| ff) VITAL, Jaime, defendant in *Heritage Pacific Financial, LLC v. Vital,* Case No. 6:11-AP-01694, Bankr. C.D. California; | AP Counsel—<br>Michael Malafouris<br>8300 Utica Ave Ste 300<br>Rancho Cucamonga, CA 91730<br>909-635-2014 |
| gg) EDWARDS, Kenneth R., defendant in *Heritage Pacific Financial, LLC v. Edwards,* Case No. 6:10-AP-01733, Bankr. C.D. California; | Bankruptcy--James T King<br>King & Associates<br>315 W Arden Ave Ste 28<br>Glendale, CA 91203<br>818-242-1100<br><br>AP--pro se |
| hh) HERNANDEZ DE CAMPOS, Dora, defendant in *Heritage Pacific* | Bankruptcy--<br>Michael H Colmenares<br>Colmenares & Tomilowitz |

| | | |
|---|---|---|
| | *Financial, LLC v. Hernandez de Campos,* Case No. 2:11-AP-01579, Bankr. C.D. California; | 1321 Post Ave Ste 201<br>Torrance, CA 90501<br>310-851-8072<br><br>AP--pro se |
| ii) | RAMIREZ, Ramona Lilia, defendant in *Heritage Pacific Financial, LLC v. Ramirez,* Case No. 2:11-AP-02565, Bankr. C.D. California; | Bankruptcy<br>Matthew D Resnik<br>Simon Resnik LLP<br>510 W 6th St<br>Ste 1220<br>Los Angeles, CA 90014<br>213-572-0800<br><br>AP--pro se |
| jj) | TOVMASSIAN, Gary, defendant in *Heritage Pacific Financial, LLC v. Tovmassian,* Case No. 2:11-AP-01972, Bankr. C.D. California; | AP Counsel—<br>Tyson Takeuchi<br>Law Offices of Tyson Takeuchi<br>1100 Wilshire Blvd Ste 2606<br>Los Angeles, CA 90017<br>213-637-1566 |
| kk) | SIERRA, Manuel and Maria Lilia, defendants in *Heritage Pacific Financial, LLC v. Sierra,* Case No. 2:11-AP-01018, Bankr. C.D. California; | Pro Se |
| ll) | MARQUEZ, Sergio, defendant in *Heritage Pacific Financial, LLC v. Marquez,* Case No. 6:11-AP-01069, Bankr. C.D. California; | AP Counsel—<br>Juan J Gonzalez - SUSPENDED -<br>The Gonzalez Law Group<br>1327 N Main St<br>Santa Ana, CA 92701<br>714-277-3787 |
| mm) | SALGUERO, Mario Rolando, defendant in *Heritage Pacific Financial, LLC v. Salguero,* Case No. 2:11-AP-02100, Bankr. C.D. California; | Bankruptcy--<br>Richard C Mendez<br>4647 N Long Beach Blvd Ste D-7<br>Long Beach, CA 90805<br>562-427-6884<br><br>AP--pro se |
| nn) | NSAHLAI, Emmanuel, defendant in Heritage Pacific Financial, LLC v. Nsahlai, Case No. 2:11-AP-02983, Bankr. C.D. California; | Pro Se |
| oo) | TALAVERA, Elpidio, defendant in *Heritage Pacific Financial, LLC v. Talavera,* Case No. 6:11-AP-01910, Bankr. C.D. California; | AP Counsel—<br>Donald C Mckay<br>77-564 Country Club Dr #128<br>Palm Desert, CA 92211<br>760-342-2100 |

| | |
|---|---|
| pp) VALENCIA, Hector G., defendant in *Heritage Pacific Financial, LLC v. Valencia,* Case No. 2:11-AP-02630, Bankr. C.D. California; | AP Counsel—<br>David B Lally<br>Lally Fishback LLP<br>8001 Irvine Ctr Dr Ste 1090<br>Irvine, CA 92618<br>949-349-0022 |
| qq) WADE, Mikki, defendant in *Heritage Pacific Financial, LLC v. Wade,* Case No. 2:11-AP-02844, Bankr. C.D. California; | Bankruptcy--<br>Stephen L Burton<br>15260 Ventura Blvd Ste 640<br>Sherman Oaks, CA 91403<br>818-501-5055<br><br>AP--pro se |
| rr) MEDRANO, Ottoniel, defendant in *Heritage Pacific Financial, LLC v. Medrano,* Case No. 2:10-AP-03142, Bankr. C.D. California; | Bankruptcy--<br>Joseph Arthur Bernal - DISBARRED -<br>Law Offices of J Arthur Bernal<br>80 S Lake Ave Ste 708<br>Pasadena, CA 91101<br><br>AP--pro se |
| ss) ROBES, Flora, defendant in *Heritage Pacific Financial, LLC v. Robes,* Case No. 2:11-AP-02375, Bankr. C.D. California; | AP Counsel—<br>Raffy M Boulgourjian<br>100 N Brand Blvd Ste 200<br>Glendale, CA 91203<br>818-476-0107 |
| tt) VEGA, Felipe De Jesus, defendant in *Heritage Pacific Financial, LLC v. Vega,* Case No. 1:10-AP-01101, Bankr. C.D. California; | Pro Se |
| uu) GONZALEZ-GUZMAN, Ivan, defendant in *Heritage Pacific Financial, LLC v. Medina,* Case No. 8:10-AP-01449, Bankr. C.D. California. | Bankruptcy--<br>Michael H Colmenares<br>Colmenares & Tomilowitz<br>1321 Post Ave Ste 201<br>Torrance, CA 90501<br><br>AP--pro se |

# U.S. BANKRUPTCY COURT—EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| a) WILSON, Rick James, defendant in *Heritage Pacific Financial, LLC v. Wilson,* Case No. 10-01291, Bankr. E.D. California; | Pro Se |
| b) PHILLIPS, Steven, defendant in *Heritage Pacific Financial, LLC v. Phillips,* Case No. 10-01308, Bankr. E.D. California; | Pro Se |
| c) GONZALEZ, Yasmin, defendant in *Heritage Pacific Financial, LLC v. Gonzalez,* Case No. 11-02088, Bankr. E.D. California; | Bankruptcy--<br>John A. Tosney<br>331 J St #200<br>Sacramento, CA 95814<br>(916) 441-4002<br><br>AP--pro se |
| d) VICENTE, Angelina, defendant in *Heritage Pacific Financial, LLC v. Vicente,* Case No. 11-02016, Bankr. E.D. California; | AP Counsel—<br>P. Elizabeth Norris<br>7777 Greenback Ln #212<br>Citrus Heights, CA 95610 |
| e) ADAMS, Jeffery P., defendant in *Heritage Pacific Financial, LLC v. Adams,* Case No. 11-02127, Bankr. E.D. California; | AP Counsel—<br>Larry J. Cox<br>PO Box 568<br>Rocklin, CA 95677<br>(916) 955-5835 |
| f) TORELL, Michael Andrew, defendant in *Heritage Pacific Financial, LLC v. Torrell,* Case No. 11-01080, Bankr. E.D. California; | AP Counsel—<br>Adrian S. Williams<br>2440 W Shaw Ave #114<br>Fresno, CA 93711<br>(559) 226-7767 |
| g) GARCIA, Adriana, defendant in *Heritage Pacific Financial, LLC v. Garcia,* Case No. 10-02766, Bankr. E.D. California; | AP Counsel—<br>Gregory J. Smith<br>109 Darling Way<br>Roseville, CA 95678-0192<br>(916) 492-8434 |
| h) BEELARD, Jessica and Eric, defendants in *Heritage Pacific Financial, LLC v. Beelard,* Case No. 10-02798, Bankr. E.D. California; | AP Counsel—<br>David P. Ritzinger<br>2601 Nut Tree Rd #A<br>Vacaville, CA 95687 |

| | |
|---|---|
| i) RAMOS, Samuel, defendant in *Heritage Pacific Financial, LLC v. Ramos,* Case No. 10-09066, Bankr. E.D. California; | AP Counsel—<br>Jessica A. Dorn<br>215 McHenry Ave<br>Modesto, CA 95354<br>209-529-0995 |
| j) MORENO, Victor, defendant in *Heritage Pacific Financial, LLC v. Moreno,* Case No. 11-01113, Bankr. E.D. California; | AP Counsel—<br>David R. Jenkins<br>PO Box 1406<br>Fresno, CA 93716<br>(559) 264-5695 |
| k) COUNTOURIOTIS, George Edward, defendant in *Heritage Pacific Financial, LLC v. Countouriotis,* Case No. 10-02744, Bankr. E.D. California; | AP Counsel—<br>William H. Bullis<br>301 Georgia Street, Suite 312<br>Vallejo, CA 94590<br>707-812-3605 |
| l) MARTINEZ, Gerardo and Martha, defendants in *Heritage Pacific Financial, LLC v. Martinez,* Case No. 11-01198, Bankr. E.D. California; | AP Counsel—<br>Janine Esquivel<br>2377 W. Shaw Ave., Suite 208<br>Fresno, CA 93711<br>559-439-2991 |
| m) JEFFORD, Nadine Ann, defendant in *Heritage Pacific Financial, LLC v. Jefford,* Case No. 11-02246, Bankr. E.D. California; | AP Counsel—<br>Lucas B. Garcia<br>PO Box 6250<br>Folsom, CA 95763<br>916-302-2323 |
| n) JIMENEZ, Roger Avila, defendant in *Heritage Pacific Financial, LLC v. Jimenez,* Case No. 10-02525, Bankr. E.D. California; | AP Counsel—<br>Michael P. Akana<br>225 W Winton Ave #111<br>Hayward, CA 94544<br>510-782-1100 |
| o) ROMO, Anisha, defendant in *Heritage Pacific Financial, LLC v. Romo,* Case No. 11-02621, Bankr. E.D. California. | Pro Se |

## U.S. BANKRUPTCY—NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| a) VIVAS, Oscar, Jr., defendant in *Heritage Pacific Financial, LLC v. Vivas,* Case No. 10-03172, Bankr. N.D. California; | Bankruptcy--Richard A. Lenard<br>My Debt Liberation Law Group<br>1241 East Dyer Rd. #250<br>Santa Ana, CA 92705 |

|  | AP-pro se |
|---|---|
| b) LOPEZ, Brenda, defendant in *Heritage Pacific Financial, LLC v. Lopez,* Case No. 10-05338, Bankr. N.D. California; | Bankruptcy--<br>Rodney M. Kleman<br>Law Offices of Rodney M. Kleman<br>c/o Central Coast Bankruptcy, Inc.<br>532 Pajaro St.<br>Salinas, CA 93901<br><br>AP-pro se |
| c) MALDIA, Kim, defendant in *Heritage Pacific Financial, LLC v. Maldia,* Case No. 11-05013, Bankr. N.D. California; | Peter D. Manning<br>Law Offices of Peter D. Manning<br>941 West Hedding St.<br>San Jose, CA 95126 |
| d) ROMAN, Ana Laura, defendant in *Heritage Pacific Financial, LLC v. Roman,* Case No. 11-05134, Bankr. N.D. California. | Robert S. Lampl<br>Law Offices of Robert S. Lampl<br>21031 Ventura Blvd. #1025<br>Woodland Hills, CA 91364-2203 |

## **U.S. BANKRUPTCY COURT—SOUTHERN DISTRICT OF CALIFORNIA**

| a) JORDAN, Verena, defendant in *Heritage Pacific Financial, LLC v. Jordan,* Case No. 11-90051, Bankr. S.D. California; | AP Counsel—<br><br>Montine Nyhan<br>Law Office of Montine Jannette Nyhan<br>185 West "F" Street, Suite 100<br>San Diego, CA 92101 |
|---|---|
| b) PROO, Barbara, defendant in *Heritage Pacific Financial, LLC v. Proo,* Case No. 11-90029, Bankr. S.D. California; | AP Counsel—<br><br>Carl H. Starrett, II<br>Law Offices of Carl H. Starrett II<br>1941-C Friendship Drive<br>El Cajon, CA 92020-1144 |
| c) LUND, James Thomas, defendant in *Heritage Pacific Financial, LLC v. Lund,* Case No. 11-90399, Bankr. S.D. California; | AP Counsel—<br><br>Carl H. Starrett, II<br>Law Offices of Carl H. Starrett II<br>1941-C Friendship Drive<br>El Cajon, CA 92020-1144<br>619 448-2129 |

| | |
|---|---|
| d) DEKOEKKOEK, Laurens, defendant in *Heritage Pacific Financial, LLC v. Dekoekkoek,* Case No. 11-90491, Bankr. S.D. California; | AP Counsel—<br><br>Lawrence R. Fieselman<br>Golden State Law Group<br>591 Camino De La Reina<br>Suite 100<br>San Diego, CA 92108<br>800-467-3333 |
| e) CONTRERAS, Maria Isabel, defendant in *Heritage Pacific Financial, LLC v. Contreras,* Case No. 11-90046, Bankr. S.D. California. | Bankruptcy--<br>Nikhil Chawla<br>New Chapter Law Group<br>PO Box 131282<br>Carlsbad, CA 92013<br>(760) 517-6377<br><br>AP--pro se |

## U.S. BANKRUPTCY COURT—DISTRICT OF NEVADA

| | |
|---|---|
| a) HANNA, Ann Mary, defendant in *Heritage Pacific Financial, LLC v. Hanna,* Adversary Proceeding No. 10-01423-9005, Bankr. D. Nevada; | Bankruptcy--<br>MARK W PATTERSON<br>PATTERSON & JENNINGS, LTD.<br>3127 EAST WARM SPRINGS ROAD<br>SUITE 100<br>LAS VEGAS, NV 89120<br>(702) 362-5650<br><br>AP-pro se |
| b) SPARTACUS, Susan, defendant in *Heritage Pacific Financial, LLC v. Spartacus,* Adversary Proceeding No. 11-01145, Bankr. D. Nevada; | AP Counsel—<br><br>MICHAEL J. DAWSON<br>515 S. THIRD STREET<br>LAS VEGAS, NV 89101<br>(702) 384-1777 |
| c) QUINTO, Marietta, defendant in *Heritage Pacific Financial, LLC v. Quinto,* Adversary Proceeding No. 11-01094, Bankr. D. Nevada. | Bankruptcy--<br>ANTHONY V. SORRENTINO<br>1118 E. CARSON AVE.<br>LAS VEGAS, NV 89101<br>(702) 384-6824<br><br>AP--pro se |

Exhibit A to Declaration of Tessa Meyer Santiago, Order of Assignment

11