Lincoln Law, LLP
Carl R. Gustafson, Bar No. 254881
Attorney for Debtors
1525 Contra Costa Blvd.
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6826

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) BANKRUPTCY CASE NO.: 10-71788 |
| Jesus Edgar Montano, | ) Chapter 7 |
| Debtor | ) ADVERSARY CASE NO.: 11-04008 WJL |
| _____ | ) **DEFENDANT'S MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO CCP§708.510(a) AND FRCP 69(a)--(Chapter 13 Trustees)** |
| HERITAGE PACIFIC FINANCIAL, LLC, a Texas Limited Liability Company | ) |
| Plaintiff, | ) |
| v. | ) Hearing time: 10.30 a.m. |
| JESUS EDGAR MONTANO, | ) Hearing date: August 14, 2013 |
| Defendant. | ) Hearing Place: Room 220, 1300 Clay Street, Oakland, California, 94612 |

## MOTION

On January 25, 2013, the Court entered a judgment in favor of Defendant Jesus Montano in the amount of 70, 867.31 in the above-entitled action.  Heritage Pacific Financial has not made any payments on the judgments and has avoided post-judgment discovery attempts of Defendant.  Pursuant to FRCP 69(a), made relevant herein by Bankr. R. 7069, and California Code of Civil Procedure §708.510(a), Judgment Creditor/Defendant Jesus Montano moves the

Defendant Jesus Montano's Motion for Order of Assignment Re. Chapter 13 Trustees

1

Court for the issuance of an order for assignment of rights, accounts, accounts receivables, rights to payment of money, and general intangibles owed and in favor of HERITAGE FINANCIAL, LLC due from the United States Trustees administering Chapter 13 bankruptcies in the bankruptcy districts of Central California, Eastern California, Northern California, South California, Southern Florida, Middle Florida, Arizona, and Nevada.

The order will cover the following trustees of the United States bankruptcy courts:

<u>CENTRAL DISTRICT OF CALIFORNIA</u>
Amrane Cohen, 770 The City Drive South, Suite 8500, Orange, CA 92868
Nancy K. Curry, 700 S. Flower Street, Suite 1215, Los Angeles, CA 90017
Rodney A Danielson, 3787 University Avenue, Riverside, CA 92501
Kathy Anderson Dockery, 700 S. Flower Street, Suite 1950, Los Angeles, CA 90017
Elizabeth F. Rojas, 15060 Ventura Blvd, Suite 240, Sherman Oaks, CA 91403

<u>EASTERN DISTRICT OF CALIFORNIA</u>
David P. Cusick, P.O. Box 1858, Sacramento, CA 95812
Russell D. Greer, P.O. Box 3051, Modesto, CA 95353-3051
Jan P. Johnson, P.O. Box 1708, Sacramento, CA 95812
Michael Meyer, 7550 N. Palm Avenue, Suite 204, Fresno, CA 93711

<u>NORTHERN DISTRICT OF CALIFORNIA</u>
Martha G. Bronitsky, P.O. Box 9077, Pleasanton, CA 94566
David E. Burchard, P.O. Box 8059, Foster City, CA 94404
Devin Derham-Burk, P.O. Box 50013, San Jose, CA 95150-0013

<u>SOUTHERN DISTRICT OF CALIFORNIA</u>
Thomas H. Billingslea, Jr., 530 "B" Street, Suite 1500, San Diego, CA 92101-4499
David L. Skelton, 525 B Street, Suite 1430, San Diego, CA 92101

<u>THE DISTRICT OF ARIZONA</u>
Russell A. Brown, 3838 N. Central Avenue #800, Phoenix, AZ 85012-1965
Dianne C. Kerns, 7320 N. La Cholla #154, Tucson, AZ 85471
Edward J. Maney, 101 North First Avenue, Suite 1775, Phoenix, AZZ 85003

<u>SOUTHERN DISTRICT OF FLORIDA</u>
Nancy K. Neidich, P.O. Box 279806, Miramar, FL 33027-4452
Robin R. Wiener, P.O. Box 559007, Fort Lauderdale, FL 33355-9007

Defendant Jesus Montano's Motion for Order of Assignment Re. Chapter 13 Trustees

2

<u>MIDDLE DISTRICT OF FLORIDA</u>
Douglas W. Neway, 200 West Forsyth, Suite 1520, Jacksonville, FL 32202
Terry E Smith, 3046 E. College Ave, Ruskin, FL 33570
Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206-5001
Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790

<u>DISTRICT OF NEVADA</u>
Kathleen A. Leavitt, 201 Las Vegas Boulevard So., Las Vegas, NV 89101
William A. Van Meter, 1225 Westfield Avenue, Suite 8, Reno, NV 89501
Rick A Yarnall, 701 Bridger Avenue, Suite 820, Las Vegas, NV 89101

This order will compel the assignment of all of the monies due Heritage from the various U.S. Trustees named above, and that the payments otherwise due Heritage shall be paid to and on behalf of Defendant, by a check, draft, money order or wire transfer, payable to the order of LINCOLN LAW, attorneys for Jesus Edgar Montano in the above-entitled action, that such funds be forwarded to Carl R. Gustafson, LINCOLN LAW, LLP, 1525 Contra Costa Blvd, Pleasant Hill, 94523, CA until the total of the judgment in the above-entitled action be paid in full herein.

The basis of this motion is that Heritage is being paid funds through Chapter 13 plans by the United States Trustees for the Bankruptcy Courts of multiple districts. In the event that Heritage receives any monies from these trustees, Montano requests those funds be assigned to him until the satisfaction of the judgments.

This motion is based upon the Notice, the Memorandum of Points and Authorities filed in connection therewith, upon all pleadings, papers and other matters on file herein, and all matters which this court may take judicial notice hereof.

DATED: July 2, 2013                    Respectfully Submitted,

                                        <u>/s/ Tessa Meyer Santiago</u>
                                        Tessa Meyer Santiago
                                        Attorney for Defendant Jesus Montano

Defendant Jesus Montano's Motion for Order of Assignment Re. Chapter 13 Trustees

3