**Entered on Docket**
**July 16, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed July 16, 2013

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

Lincoln Law, LLP
Carl R. Gustafson, Bar No. 254881
Tessa Meyer Santiago, Utah Bar 09324, *pro hac vice*
Attorney for Debtors
1525 Contra Costa Blvd.
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6826

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>Jesus Edgar Montano,<br><br>    Debtor<br>_____<br><br>HERITAGE PACIFIC FINANCIAL, LLC, a Texas Limited Liability Company<br>    Plaintiff,<br><br>  v.<br><br>JESUS EDGAR MONTANO,<br><br>    Defendant. | ) BANKRUPTCY CASE NO.: 10-71788<br>)<br>) Chapter 7<br>)<br>) ADVERSARY CASE NO.: 11-04008 WJL<br>)<br>) **ORDER ON DEFENDANT'S MOTION**<br>) **FOR ASSIGNMENT OF RIGHTS**<br>) **PURSUANT TO CCP§708.510(a) AND**<br>) **FRCP 69(a)**<br>)<br>) Hearing time: 10.30 a.m.<br>) Hearing date: June 12, 2013<br>) Hearing Place: Room 220, 1300 Clay Street,<br>) Oakland, California, 94612<br>) |

Order on Defendant Jesus Montano's Motion for Order of Assignment

1

## **ORDER**

On May 13th, 2013, Defendant and Judgment Creditor Jesus Montano moved the Court, pursuant to FRCP 69(a), made relevant herein by Bankr. R. 7069, and California Code of Civil Procedure §708.510(a), for an order enforcing the judgment of $70,867.31 rendered in his favor and entered by this Court on January 25, 2013. The motion sought an assignment of rights to monies, accounts, accounts receivables and general intangibles owed Heritage Pacific Financial, LLC that is owed to it by or in the possession of specifically identified third parties. Hearing was set for June 12, 2013 at 10.30 a.m. in Room 220 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

Ms Tessa Meyer Santiago, LINCOLN LAW, represented the Defendant Jesus Montano at the hearing.

Plaintiff/Judgment Debtor Heritage Pacific Financial, LLC and its attorneys of record in the adversary proceeding were both properly served notice of the hearing, the motion and the supporting memorandum. Plaintiff's opposition was due no later than May 29, 2013. No opposition was filed, and Heritage Pacific was not represented at the hearing.

Having considered Defendant's moving papers, heard oral argument, and good cause having been shown, the Court now finds as follows:

1. that Heritage Pacific Financial is indebted to Jesus Montano in the amount of $70, 8676.31, plus post-judgment interest accruing at $27.18 cents daily since January 26, 2013;

Order on Defendant Jesus Montano's Motion for Order of Assignment

2

2. that Heritage Pacific Financial has not satisfied the judgment, and has not responded to post-judgment interrogatories served on it by Defendant Montano, nor made any payments towards satisfying the judgment; and,

3. that Heritage Pacific Financial has not posted a supersedeas bond to stay collection of the judgment.

Therefore, pursuant to Bankruptcy Rule 7069 and California Code of Civil Procedure §708.510(a), IT IS HEREBY ORDERED that

A. <u>Financial Institutions</u>

All rights, accounts, accounts receivables, rights to payment of money and general intangibles owed to and in favor of Heritage Pacific Financial, LLC in the possession of CAPITAL ONE, National Association, 1860 Capital One Drive, McClean, VA 2210, are assigned to Jesus Montano until satisfaction of the judgment;

All rights, accounts, accounts receivables, rights to payment of money and general intangibles owed to and in favor of Heritage Pacific Financial, LLC in the possession of J.P. MORGAN CHASE BANK, 2780 Lake Vista Drive, Lewisville, TX 75067, are assigned to Jesus Montano until satisfaction of the judgment;

All rights, accounts, accounts receivables, rights to payment of money and general intangibles owed to and in favor of Heritage Pacific Financial LLC, in the possession of HSBC, One HSBC Center, 27th Floor, Buffalo, NY 14203 are assigned to Jesus Montano until satisfaction of the judgment.

The payments ordered under item A must be paid to Lincoln Law, LLP, 1525 Contra Costa Blvd., Pleasant Hill, CA 94523.

B. <u>Automated Payment Processors</u>

All rights, accounts, accounts receivables, rights to payment of money and general intangibles owed to and in favor of Heritage Pacific Financial, LLC in the possession of First ACH, 9693 Gerwig Lane Suite A, Columbia, MD, 21146 USA are assigned to Jesus Montano until satisfaction of the judgment.

The payments ordered under item B must be paid to Lincoln Law, LLP, 1525 Contra Costa Blvd., Pleasant Hill, CA 94523.

C. <u>Settlement Agreements of Debtors represented by Counsel in their Adversary Proceedings.</u>

All rights, accounts, accounts receivables, rights to payment of money, and general intangibles owed and in favor of Heritage Pacific Financial, LLC due from the settling defendants in the adversary proceedings identified below are assigned to Jesus Montano until satisfaction of the judgment. Any monies owed under these agreements which flow to Heritage Pacific Financial and its assignees, are hereby assigned to Jesus Montano until the judgment has been satisfied.

<u>U.S. BANKRUPTCY COURT--CENTRAL DISTRICT OF CALIFORNIA</u>

a) GUERRERO, Eduardo, defendant in *Heritage Pacific Financial, LLC v. Guerrero,* Case No. 2:11-AP-01223, Bankr. C.D. California;

b) SANTIZO, Omar, defendant in *Heritage Pacific Financial, LLC v. Santizo,* Case No. 6:10-AP-01525, Bankr. C.D. California;

c) PINEDA, Joel R., defendant in *Heritage Pacific Financial, LLC v. Pineda,* Case No. 6:10-AP-01513, Bankr. C.D. California;

d) LEMUS, Yolande F., defendant in *Heritage Pacific Financial, LLC v. Lemus,* Case No. 6:10-AP-01092, Bankr. C.D. California;

Order on Defendant Jesus Montano's Motion for Order of Assignment

4

e) OROZCO, Rosalba Patricia, defendant in *Heritage Pacific Financial, LLC v. Orozco,* Case No. 6:10-AP-01599, Bankr. C.D. California;

f) VALADEZ, Rafael Razo, defendant in *Heritage Pacific Financial, LLC v. Valadez,* Case No. 9:10-AP-01282, Bankr. C.D. California;

g) BIRCH, Danielle, defendant in *Heritage Pacific Financial, LLC v. Birch,* Case No. 8:10-AP-01480, Bankr. C.D. California;

h) SANOSYAN, Vahram, defendant in *Heritage Pacific Financial, LLC v. Sanosyan,* Case No. 2:10-AP-03182, Bankr. C.D. California;

i) GONZALEZ, Maria, defendant in *Heritage Pacific Financial, LLC v. Gonzalez,* Case No. 9:10-AP-01313, Bankr. C.D. California;

j) MARQUEZ, Michael C., defendant in *Heritage Pacific Financial, LLC v. Marquez,* Case No. 9:11-AP-01042, Bankr. C.D. California;

k) MEDINA, Miguel A, defendant in *Heritage Pacific Financial, LLC v. Medina,* Case No. 9:11-AP-01085, Bankr. C.D. California;

l) VALENCIA, Jose Alfredo, defendant in *Heritage Pacific Financial, LLC v. Valencia,* Case No. 8:11-AP-01047, Bankr. C.D. California;

m) PALACIO, Rodulfo, defendant in *Heritage Pacific Financial, LLC v. Palacio,* Case No. 8:11-AP-01022, Bankr. C.D. California;

n) PETERS, Walter, defendant in *Heritage Pacific Financial, LLC v. Peters,* Case No. 2:11-AP-02290, Bankr. C.D. California;

o) ESPINO, Servando, defendant in *Heritage Pacific Financial, LLC v. Espino,* Case No. 8:10-AP-01553, Bankr. C.D. California;

p) CERVANTES, Albert, defendant in *Heritage Pacific Financial, LLC v. Cervantes,* Case No. 2:11-AP-01733, Bankr. C.D. California;

q) RAMIREZ, Vivanco, defendant in *Heritage Pacific Financial, LLC v. Ramirez,* Case No. 2:11-AP-01150, Bankr. C.D. California;

r) ATUNEZ, Juan A., defendant in *Heritage Pacific Financial, LLC v. Atunez,* Case No. 6:11-AP-01569, Bankr. C.D. California;

s) DRISCOLL, Robert Edward Jr., defendant in *Heritage Pacific Financial, LLC v. Driscoll,* Case No. 2:11-AP-02333, Bankr. C.D. California;

Order on Defendant Jesus Montano's Motion for Order of Assignment

5

t) MABSON, Duane, defendant in *Heritage Pacific Financial, LLC v. Mabson,* Case No. 2:10-AP-02445, Bankr. C.D. California;

u) ORTIZ, Rosa Maria, defendant in *Heritage Pacific Financial, LLC v. Ortiz,* Case No. 8:11-AP-01018, Bankr. C.D. California;

v) LAO, Peter, defendant in *Heritage Pacific Financial, LLC v. Lao,* Case No. 2:11-AP-01335, Bankr. C.D. California;

w) FUENTEZ, Deanna Marie, defendant in *Heritage Pacific Financial, LLC v. Fuentez,* Case No. 6:10-AP-01750, Bankr. C.D. California;

x) AQUINO, Darwin Camerino, defendant in *Heritage Pacific Financial, LLC v. Aquino,* Case No. 1:11-AP-01268, Bankr. C.D. California;

y) VITAL, Jaime, defendant in *Heritage Pacific Financial, LLC v. Vital,* Case No. 6:11-AP-01694, Bankr. C.D. California;

z) TOVMASSIAN, Gary, defendant in *Heritage Pacific Financial, LLC v. Tovmassian,* Case No. 2:11-AP-01972, Bankr. C.D. California;

aa) MARQUEZ, Sergio, defendant in *Heritage Pacific Financial, LLC v. Marquez,* Case No. 6:11-AP-01069, Bankr. C.D. California;

bb) TALAVERA, Elpidio, defendant in *Heritage Pacific Financial, LLC v. Talavera,* Case No. 6:11-AP-01910, Bankr. C.D. California;

cc) VALENCIA, Hector G., defendant in *Heritage Pacific Financial, LLC v. Valencia,* Case No. 2:11-AP-02630, Bankr. C.D. California;

dd) ROBES, Flora, defendant in *Heritage Pacific Financial, LLC v. Robes,* Case No. 2:11-AP-02375, Bankr. C.D. California;

U.S. BANKRUPTCY COURT—EASTERN DISTRICT OF CALIFORNIA

a) VICENTE, Angelina, defendant in *Heritage Pacific Financial, LLC v. Vicente,* Case No. 11-02016, Bankr. E.D. California;

b) ADAMS, Jeffery P., defendant in *Heritage Pacific Financial, LLC v. Adams,* Case No. 11-02127, Bankr. E.D. California;

c) TORELL, Michael Andrew, defendant in *Heritage Pacific Financial, LLC v. Torrell,* Case No. 11-01080, Bankr. E.D. California;

Order on Defendant Jesus Montano's Motion for Order of Assignment

d) GARCIA, Adriana, defendant in *Heritage Pacific Financial, LLC v. Garcia,* Case No. 10-02766, Bankr. E.D. California;

e) BEELARD, Jessica and Eric, defendants in *Heritage Pacific Financial, LLC v. Beelard,* Case No. 10-02798, Bankr. E.D. California;

f) RAMOS, Samuel, defendant in *Heritage Pacific Financial, LLC v. Ramos,* Case No. 10-09066, Bankr. E.D. California;

g) MORENO, Victor, defendant in *Heritage Pacific Financial, LLC v. Moreno,* Case No. 11-01113, Bankr. E.D. California;

h) COUNTOURIOTIS, George Edward, defendant in *Heritage Pacific Financial, LLC v. Countouriotis,* Case No. 10-02744, Bankr. E.D. California;

i) MARTINEZ, Gerardo and Martha, defendants in *Heritage Pacific Financial, LLC v. Martinez,* Case No. 11-01198, Bankr. E.D. California;

j) JEFFORD, Nadine Ann, defendant in *Heritage Pacific Financial, LLC v. Jefford,* Case No. 11-02246, Bankr. E.D. California;

k) JIMENEZ, Roger Avila, defendant in *Heritage Pacific Financial, LLC v. Jimenez,* Case No. 10-02525, Bankr. E.D. California;

U.S. BANKRUPTCY—NORTHERN DISTRICT OF CALIFORNIA

a) MALDIA, Kim, defendant in *Heritage Pacific Financial, LLC v. Maldia,* Case No. 11-05013, Bankr. N.D. California;

b) ROMAN, Ana Laura, defendant in *Heritage Pacific Financial, LLC v. Roman,* Case No. 11-05134, Bankr. N.D. California.

U.S. BANKRUPTCY COURT—Southern District of California

a) JORDAN, Verena, defendant in *Heritage Pacific Financial, LLC v. Jordan,* Case No. 11-90051, Bankr. S.D. California;

b) PROO, Barbara, defendant in *Heritage Pacific Financial, LLC v. Proo,* Case No. 11-90029, Bankr. S.D. California;

c) LUND, James Thomas, defendant in *Heritage Pacific Financial, LLC v. Lund,* Case No. 11-90399, Bankr. S.D. California;

Order on Defendant Jesus Montano's Motion for Order of Assignment

d) DEKOEKKOEK, Laurens, defendant in *Heritage Pacific Financial, LLC v. Dekoekkoek,* Case No. 11-90491, Bankr. S.D. California;

<u>U.S. BANKRUPTCY COURT—District of Nevada</u>

a) SPARTACUS, Susan, defendant in *Heritage Pacific Financial, LLC v. Spartacus,* Adversary Proceeding No. 11-01145, Bankr. D. Nevada;

The payments ordered under item C must be paid to Lincoln Law, LLP, 1525 Contra Costa Blvd., Pleasant Hill, CA 94523.

IT IS HEREBY ORDERED that all the monies due Heritage Pacific Financial from the rights, accounts, accounts receivables, rights to payment of money, and general intangibles owed and in favor of Heritage Pacific Financial, LLC in the possession of the financial institutions, payment processors, and settling debtors represented by counsel in their adversary proceeding i.e., the obligors, named in this Order shall be paid to and on behalf of Defendant, by a check, draft, money order or wire transfer, payable to the order of LINCOLNLAW, attorneys for Jesus Edgar Montano in the above-entitled action, that such funds be forwarded to Carl R. Gustafson, LINCOLN LAW, LLP, 1525 Contra Costa Blvd, Pleasant Hill, 94523, CA until the total of the judgment in the above-entitled action be paid in full herein.

IT IS HEREBY ORDERED that Defendant's counsel shall submit to the Court on a monthly basis a status report detailing the monies received from the obligors identified in this Order. This status report shall contain the following information: 1) the obligor from whom the funds were received, 2) date on which the funds were received, 3) the amount of the funds received, and 4) the amount remaining to be satisfied on the judgment. The status report shall be filed bi-monthly, beginning 30 days from the entry of this order, and every 60 days following

Order on Defendant Jesus Montano's Motion for Order of Assignment

8

until satisfaction of the judgment. This report shall also be served on Heritage Pacific Financial, at 2200 K Avenue, Plano, TX, 75074.

When the judgment is satisfied, Defendant shall file a satisfaction of judgment with the Court, and serve a copy on each obligor identified in this Order and on Heritage Pacific.

Defendant shall timely inform obligors when the judgment is satisfied, and return, within three (3) days, any funds received in excess of the judgment amount.

IT IS HEREBY ORDERED that Heritage Pacific Financial is enjoined from assigning or otherwise disposing of the right to payment assigned by this order, except upon a showing of need.

This order does not function as a levy against deposit accounts and is without prejudice to Defendant's ability to seek a levy in the future.

Defendant may resubmit his motion for an assignment order relating to the Chapter 13 trustees, the attorneys of Heritage Pacific Financial, and the debtors represented in their underlying bankruptcy case in accordance with the requests and for the reasons orally stated on the record.

***END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Heritage Pacific Financial, LLC |
| | 2200 K. Avenue |
| 4 | Plano, TX 75074 |

Order on Defendant Jesus Montano's Motion for Order of Assignment

10