# EXHIBIT G

Lincoln Law, LLP
Carl R. Gustafson, Bar No. 254881
Tessa Meyer Santiago, UT Bar No. 09324
Attorney for Defendant
1525 Contra Costa Blvd.
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6826

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Jesus Edgar Montano,<br>    Debtor<br>_____<br>HERITAGE PACIFIC FINANCIAL,<br>LLC, a Texas Limited Liability Company<br>    Plaintiff,<br>v.<br>JESUS EDGAR MONTANO,<br>    Defendant. | BANKRUPTCY CASE NO.: 10-71788<br><br>Chapter 7<br><br>ADVERSARY CASE NO.: 11-04008<br><br>**DEFENDANT'S INTERROGATORIES TO JUDGMENT-DEBTOR HERITAGE PACIFIC FINANCIAL, LLC PURSUANT TO RULE 69**<br><br><br><br><br><br><br>Before Honorable Judge William J Lafferty |

## DEFENDANT JESUS MONTANO'S INTERROGATORIES
## TO JUDGMENT DEBTOR HERITAGE PACIFIC FINANCIAL, LLC

Defendant Jesus Edgar Montano, a judgment creditor and pursuant to Rules 69(a) and 33 of the Federal Rules of Civil Procedure, submits the following interrogatories to judgment debtor Heritage Pacific Financial, LLC. Each interrogatory is to be answered fully and under oath or

1

Case: 11-04008   Doc# 248-8   Filed: 10/21/13   Entered: 10/21/13 22:13:38   Page 2 of 10

under the penalty of perjury, with such answers returned to the undersigned at the address listed below on or before February 28, 2013.

## INSTRUCTIONS

1. If the answer to any interrogatory is fully and fairly contained in a document from which the answer can without unreasonable difficulty be extracted, you may answer the interrogatory by attaching a copy of such document.

2. The answers to these interrogatories shall be supplied either by mailing a copy of such to the undersigned attorney at the following address: 921 W. Center Street, Orem, Utah, 84057; or by emailing an electronic version of the interrogatory responses to tms@lincolnlaw.com.

3. The interrogatory responses are to be received no later than March 11, 2013.

## DEFINITIONS

The term "you," "yourself," and "your" shall refer to Heritage Pacific Financial, LLC, and any attorneys or agents who acted on your behalf.

The phrase "relevant time period" shall refer to the date of Heritage Pacific Financial LLC's formation to present.

The term "company" and "companies" shall refer to any commercial enterprise, including an LLC, a corporation, a partnership

## INTERROGATORIES

1. State the full name, address and telephone number of all the members of your LLC, and state their current occupations.

2. State the full name, address and telephone numbers of all other companies of which your members are also members.

3. State the name, address and telephone number of all companies that have the same managers as you.

4. State the name, address and telephone number of all companies which share a common executive with you.

5. Identify each person against whom you obtained a judgment during the relevant time period, and state the amount of the judgment.

6. Identify by name, address and telephone number each every domestic and foreign bank and/or financial institution into which the judgment amounts received from the judgment debtors are deposited, and provide the record owner or title of the account, the account number and type of account.

7. Identify each person, by name, address and telephone number, with whom you entered into a settlement agreement during the relevant time period, and the amount of the settlement.

8. Identify by name, address and telephone number each every domestic and foreign bank and/or financial institution into which the settlements amounts received from the settlement debtors are deposited, and provide the record owner or title of the account, the account number and type of account.

9. Identify each person, by name, address, telephone number and case number, from whom you receive funds as part of a Chapter 13 bankruptcy repayment plan during the relevant time period, and state the amount of those funds.

10. Identify by name, address and telephone number each every domestic and foreign bank and/or financial institution into which the Chapter 13 repayment funds are deposited, and provide the record owner or title of the account, the account number and type of account.

11. Do you have an interest in a corporation, partnership or trust? If so, state the name and address of each corporation, partnership or trust, and included the names, addresses and telephone numbers of all other shareholders, partners, settlors, trust protectors, trustee and beneficiaries.

12. Identify by name, address and telephone number each and every domestic and foreign bank and/or financial institution in which you have an account or over which you have signatory authority or other such control, and provide the account number, type of account, and account balance from December 1, 2010 to present. In addition, identify the record owner or title of the account.

13. State whether you rent or have access to a safety deposit box titled in your name or in any other name. If so, state the name and address of the bank or other financial institution at which the safety deposit box is maintained, the name and address of the person under whose name the box is rented, and list and describe the contents of the box as of the date that these interrogatories were served as set forth on the attached certificate of service.

14. Furnish the following information with respect to yourself as of October 24, 2013:

| ASSETS | COST ($) | FAIR MARKET VALUE ($) |
|---|---|---|
| (1) cash | | |
| (2) cash surrender value of insurance | | |
| (3) accounts receivable | | |
| (4) notes receivable | | |
| (5) settlement agreements | | |
| (6) merchandise inventory | | |

4

| | | |
|---|---|---|
| (7) furniture and fixtures | | |
| (8) machinery and equipment | | |
| (9) automobiles | | |
| (10) stocks, bonds or other securities | | |
| (11) pensions and annuities | | |
| (12) gold | | |
| (13) silver | | |
| (14) mortgage loan portfolios | | |
| (15) outstanding paid-in capital | | |
| **LIABILITIES** | **AMOUNT** | **FAIR MARKET VALUE** |
| (1) loans on insurance | | |
| (2) accounts payable | | |
| (3) notes payable | | |
| (4) mortgages | | |
| (5) accrued real estate taxes | | |
| (6) judgments | | |
| (7) reserves | | |

15. Do you currently own, claim an interest in, or possess any real property? If your answer to this interrogatory is affirmative, state or identify:

    (a)    the property's address;

    (b)    the type of property;

    (c)    the cost of the property at the time purchased;

(d) the present fair market value of the property;

(e) any encumbrances against the property and the balance, if any, of the encumbrance (i.e. mortgage, etc.)

(f) how you titled the property upon its purchase or acquisition (i.e., Heritage Pacific Financial, LLC, grantee)

(g) how the property is currently titled.

16. If you do not own the property in which you currently operate your commercial affairs, set forth the name, address and telephone number of the person(s) who own the property, the amount of your rent, and the frequency with which your rent must be paid.

17. Please identify the person(s) who entered into the lease agreement by which you rented your current premises from your landlord.

18. Identify all sources of income/capital for the following years: 2009, 2010, 2011, 2012, and 2013

(a) investment capital

(b) sales proceeds

(c) dividends

(d) interest

(e) capital calls

(f) rents and royalties

(g) income from estates and trusts

(h) capital gains

(i) settlement agreements

(j) judgments

19. With respect to each of the items set forth in the preceding interrogatory, state the name, address and telephone number of the source from which the income was received (and provide account numbers were applicable).

20. Have you directly or indirectly transferred, conveyed or disposed of any cash, assets or other items of value with a cost or fair market value of $1,000.00 or more during the period of December 1, 2010 to present. If your answer to the interrogatory is in the affirmative, provide the following information for each transaction.

    (a) description of property or asset

    (b) date of transfer

    (c) fair market value when transferred

    (d) consideration received

    (e) name, address of transferee, and your relation

21. Have you prepared a financial statement within the last five years? If so, stated

    (a) to whom the statement was given;

    (b) the reason the statement was prepared;

    (c) the date of the statement;

    (d) the name, address and telephone number of all persons who have a copy of such statement.

22. Identify every legal action in which you have been a party during the period in question, including but not limited to the title of the action, the name of the court, the docket number or date the action was filed, a brief description of the nature of the action, and the result of the legal action (e.g., judgment against a certain amount).

7

23. Identify every loan made to you or was outstanding from you during the period in question, including but not limited to name of the lender, date of the loan, maturity dates, principal amount, rate of interest, collateral or security interest given by you, your purpose in borrowing funds, and date and amount of each repayment.

24. State whether you established a trust for any purpose during the period in question. If your answer is yes, describe or identify:

(a) the location of the trust;

(b) the name and address of the trustee, trust protector and the beneficiaries of the trust;

(c) the assets of the trust and the location of such assets;

(d) all documents that support your answer to this interrogatory.

25. State whether you filed State and federal tax returns for 2009, 2010, 2011 and 2012. If your answer is yes, state or identify:

(a) the date that each return was filed;

(b) the state with whom the return was filed;

(c) the address where the return was filed;

(d) all documents that support your answer to this interrogatory.

DATED: March 20, 2013

Respectfully submitted,

*[signature]*

Tessa Meyer Santiago
LINCOLN LAW
Attorney for Defendant

8

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Defendant's Interrogatories to Judgment Debtor Heritage Pacific Financial, LLC, has been made this 20th day of March, 2013 on the following individuals:

Jennifer H. Harris
Attorney for Heritage Pacific Financial, LLC
Law Offices of Mokri & Associates
1851 E. First Street, Suite 900, Santa Ana, CA, 92705

Heritage Pacific Financial, LLC
2200 K. Avenue
Plano, TX 75074

Tessa Meyer Santiago
LINCOLN LAW
Attorney for Defendant/Judgment Creditor