# EXHIBIT H

Heritage Pacific Financial
2200 K Ave #200 Plano TX 75074

# fax

| | | | |
|---|---|---|---|
| TO: | Lincoln Law – Tessa Meyer Santiago | FROM: | Ben Ganter |
| FAX: | 800-584-6826 | PAGES: | 13 |
| PHONE: | 8007226578 | DATE: | 10/1/2013 |
| RE: | Response to Interrogatories | CC: | Carl Gustafson |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Comments: Tessa,

I sent these discovery response to my attorney Wendy Harris back in late July and have been recently made aware of their failure to deliver them to your office. I apologize for the informal style of response but I am not an attorney and typically have counsel create a formal version for submission. Currently, HPF does not have any employees on staff and I am the only person receiving and responding to requests. As you may be aware, HPF is in the process of winding down as a corporate entity.

Lincoln Law, LLP
Carl R. Gustafson, Bar No. 254881
Tessa Meyer Santiago, UT Bar No. 09324
Attorney for Defendant
1525 Contra Costa Blvd.
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6826

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Jesus Edgar Montano,<br>    Debtor<br><br>HERITAGE PACIFIC FINANCIAL,<br>LLC, a Texas Limited Liability Company<br>    Plaintiff,<br>v.<br>JESUS EDGAR MONTANO,<br>    Defendant. | BANKRUPTCY CASE NO.: 10-71788<br><br>Chapter 7<br><br>ADVERSARY CASE NO.: 11-04008<br><br>**DEFENDANT'S INTERROGATORIES TO JUDGMENT-DEBTOR HERITAGE PACIFIC FINANCIAL, LLC PURSUANT TO RULE 69**<br><br><br><br><br><br>Before Honorable Judge William J Lafferty |

## DEFENDANT JESUS MONTANO'S INTERROGATORIES
## TO JUDGMENT DEBTOR HERITAGE PACIFIC FINANCIAL, LLC

Defendant Jesus Edgar Montano, a judgment creditor and pursuant to Rules 69(a) and 33 of the Federal Rules of Civil Procedure, submits the following interrogatories to judgment debtor Heritage Pacific Financial, LLC. Each interrogatory is to be answered fully and under oath or

1

## Interrogatories

Defendant expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more subsequent supplemental response(s).

1. Christopher David Ganter
   2200 K Ave #200
   Plano, TX 75074
   972-996-5100
   CEO of Heritage Pacific Financial, LLC
2. HP Locate, LLC 2200 K Ave, #200 Plano TX 75074, HP Debt Exchange LLC 2200 K Ave, #200 Plano TX 75074, Crossland Concepts LLC 10521 Rogers Rd Frisco TX 75033
3. No
4. HP Debt Exchange, 2200 K Ave #200 Plano TX 75074
5. See attached spreadsheet Exhibit 1. While HPF was in the business of collecting debts it does not retain ownership of the accounts it worked. Once a collection was received or a judgment was obtained the funds or the judgment was sent to the owner. All judgments obtained have been transferred back to original owner or transferred to a third-party at the direction of the original owner. In a few rare instances a judgment was assigned to a judgment collection company for further collection work and funds were funneled back through HPF to the owner. HPF only received a 30% collection fee once funds were received if received at all.
6. Capital One Bank 1221 East Spring Creek Parkway Plano TX 75074 Acct #3620973857 Heritage Pacific Financial Collections/ JPMorgan Chase bank, NA 2000 West 15th Street Plano TX 75075 Acct# 107056060 Heritage Pacific Financial Collections/ Wells Fargo Bank 1421 N. Central Expy Plano TX 75075 Acct# 8073450671 Heritage Pacific Financial Collections/ Wachovia Acct #2000037673068 Heritage Pacific Financial Collections/ Ironstone Bank 9667 North Central Expy #130 Dallas TX 75231 Acct# 9160115270 Heritage Pacific Financial Collections
7. No such information is readily available.
8. See Interrogatory answer 6
9. See attached spreadsheet Exhibit 2
10. See Interrogatory answer 6
11. No
12. See Interrogatory answer 6
13. No
14. No such information exists.
15. No
16. None, HPF uses the address at 2200 K Ave #200 Plano TX 75074 as a place to receive mail and does not currently have any employees on payroll.
17. Not applicable see #16
18. No such information is readily available.

19. No such information is readily available.
20. HPF is a third party collection agency and does not hold ownership rights to any property or assets. It was simply a collection vehicle with limited and temporary assignment of the accounts it worked.
21. No
22. No such information is readily available.
23. Heritage Pacific Financial opened a revolving line of credit with HP Debt Exchange in April of 2009 to cover cost associated with the litigation and collection of accounts. The revolving line had a cap of five-million dollars and in return for the revolving line Heritage Pacific Financial would make payments to HP Debt from its profits derived from collection fees (30%) on accounts it settled through voluntary collections and litigation for debt owners. The revolving line was collateralized by all assets (office equipment, software, furniture and any partial ownership of collectable assets) owned or purchased by Heritage Pacific Financial. In 2009 Heritage Pacific Financial drew down over two-million of the available line and paid back almost all by late 2010. In 2011 Heritage Pacific Financial drew down another seven hundred-thousand dollars followed by another one-million in 2012. As of late 2012 Heritage Pacific Financial had defaulted on its revolving line in excess of one million dollars and HP Debt Exchange took action against the company's assets. Aside from a few open cases collection rights on all judgments and uncollected accounts have been transferred back to their original owners.
24. No
25. No tax returns filed

A) U.S. BANKRUPRCY COURT---CENTRAL DISTRICT OF CALIFORNIA

  a) GUERRERO, Eduardo, defendant in *Heritage Pacific Financial, LLC v. Guerrero, Case No.2:11-AP-01223*, Bankr. C.D. California;
     **Transferred to Razor Capital, LLC on September 24, 2012**
  b) SANTIZO, Omar, defendant in *Heritage Pacific Financial, LLC v. Santizo, Case No. 6:10-AP-01525*, Bankr. C.D. California;
     **Settled**
  c) PINEDA, Joel R., defendant in *Heritage Pacific Financial, LLC v. Pineda, Case No. 6:10-AP-01513*, Bankr. C.D. California;
     **Settled**
  d) LEMUS, Yolande F., defendant in *Heritage Pacific Financial, LLC v. Lemus, Case No. 6:10-AP-01092*, Bankr. C.D. California;
     **Transferred to Razor Capital, LLC on September 24, 2012**
  e) OROZCO, Rosalba Patricia, defendant in *Heritage Pacific Financial, LLC v. Orozco, Case No. 6:10-AP-01599*, Bankr. C.D. California;
     **Transferred to Razor Capital, LLC on September 24, 2012**
  f) VALADEZ, Rafael Razo, defendant in *Heritage Pacific Financial, LLC v. Valadez, Case No. 9:10-AP-01282*, Bankr. C.D. California;
     **Transferred to Razor Capital, LLC on September 24, 2012**
  g) BIRCH, Danielle, defendant in *Heritage Pacific Financial, LLC v. Birch, Case No.8-10-AP-01480*, Bankr. C.D. California;
     **Settled**
  h) SANOSYAN, Vahram, defendant in *Heritage Pacific Financial, LLC v. Sanosyan, Case No. 2:10-AP-03182*, Bankr. C.D. California;
     **Transferred to Razor Capital, LLC on September 24, 2012**
  i) GONZALEZ, Maria, defendant in *Heritage Pacific Financial, LLC v. Gonzalez, Case No. 9:10-AP-01313*, Bankr. C.D. California;
     **Transferred to Razor Capital, LLC on September 24, 2012**
  j) MARQUEZ, Michael C., defendant in *Heritage Pacific Financial, LLC v. Marquez, Case No. 9:11-AP-01042*, Bankr. C.D. California;
     **Transferred to Razor Capital, LLC on September 24, 2012**
  k) MEDINA, Miguel A., defendant in *Heritage Pacific Financial, LLC v. Medina, Case No. 9:11-AP-01085*, Bankr. C.D. California;
     **Transferred to Razor Capital, LLC on September 24, 2012**
  l) VALENCIA, Jose Alfredo, defendant in *Heritage Pacific Financial, LLC v. Valencia, Case No. 8:11-AP-01047*, Bankr. C.D. California;
     **Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

m) PALACIO, Rodulfo, defendant in *Heritage Pacific Financial, LLC v. Palacio, Case No. 8:11-AP-01022*, Bankr. C.D. California;
   **Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

n) PETERS, Walter, defendant in *Heritage Pacific Financial, LLC v. Peters, Case No.2:11-AP-02290*, Bankr. C.D. California;
   **Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

o) ESPINO, Servando, defendant in *Heritage Pacific Financial, LLC v. Espino, Case No. 8:10-AP-01553*, Bankr. C.D. California;
   **Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

p) CERVANTES, Albert, defendant in *Heritage Pacific Financial, LLC v. Cervantes, Case No. 2:11-AP-01733*, Bankr. C.D. California;
   **Transferred to Razor Capital, LLC on September 24, 2012**

q) RAMIREZ, Vivanco, defendant in *Heritage Pacific Financial, LLC v. Ramirez, Case No. 2:11-AP-01150*, Bankr. C.D. California;
   **Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

r) ANTUNEZ, Juan A., defendant in *Heritage Pacific Financial, LLC v. Atunez, Case No. 6:11-AP-01569*, Bankr. C.D. California;
   **Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

s) DRISCOLL, Robert Edward Jr., defendant in *Heritage Pacific Financial, LLC v. Driscoll, Case No. 2:11-AP-02333*, Bankr. C.D. California;
   **Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

t) MABSON, Duane, defendant in *Heritage Pacific Financial, LLC v. Mabson, Case No. 2:10-AP-02445*, Bankr. C.D. California;
   **Owned by Kelly & Jerri Worl**

u) ORTIZ, Rosa Maria, defendant in *Heritage Pacific Financial, LLC v. Ortiz, Case No. 8:11-AP-01018*, Bankr. C.D. California;
   **Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

v) LOA, Peter, defendant in *Heritage Pacific Financial, LLC v. Lao, Case No. 2:11-AP-01335*, Bankr. C.D. California;
   **Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

w) FUENTEZ, Deanna Marie, defendant in *Heritage Pacific Financial, LLC v. Fuentez, Case No. 6:10-AP-01750*, Bankr. C.D. California;

**Settled**

x) AQUINO, Darwin Camerino, defendant in *Heritage Pacific Financial, LLC v. Aquino, Case No. 1:11-AP-01268*, Bankr. C.D. California;
**Transferred to Razor Capital, LLC on September 24, 2012**

y) VITAL, Jaime, defendant in *Heritage Pacific Financial, LLC v. Vital, Case No. 6:11-AP-01694*, Bankr. C.D. California;
**Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

z) TOVMASSIAN, Gary, defendant in *Heritage Pacific Financial, LLC v. Tovmassian, Case No. 2:11-AP-01972*, Bankr. C.D. California;
**Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

aa) MARQUEZ, Sergio, defendant in *Heritage Pacific Financial, LLC v. Marquez, Case No. 6:11-AP-01069*, Bankr. C.D. California;
**Owned by James W. Fields**

bb) TALAVERA, Elpidio, defendant in *Heritage Pacific Financial, LLC v. Talavera, Case No. 6:11-AP-01910*, kr. C.D. California;
**Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

cc) VALENCIA, Hector G., defendant in *Heritage Pacific Financial, LLC v. Valencia, Case No. 2:11-AP-02630*, Bankr. C.D. California;
**No Record of this Case**

dd) ROBES, Flora, defendant in *Heritage Pacific Financial, LLC v. Robes, Case No. 2:11-AP-02375*, Bankr. C.D. California;
**Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

B) U.S. BANKRUPTCY COURT----EASTERN DISTRICT OF CALIFORNIA

a) VICENTE, Angelina, defendant in *Heritage Pacific Financial, LLC v. Vicente, Case No. 11-02016*, Bankr. E.D.California;
**Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

b) ADAMS, Jeffrey P., defendant in *Heritage Pacific Financial, LLC v. Adams, Case No. 11-02127*, Bankr. E.D.California;

Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013

c) TORRELL, Michael Andrew, defendant in *Heritage Pacific Financial, LLC v. Torrell, Case No. 11-01080, Bankr. E.D.California;*

Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013

d) GARCIA, Adriana, defendant in *Heritage Pacific Financial, LLC v. Garcia, Case No. 10-02766, Bankr. E.D.California;*

Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013

e) BEELARD, Jessica and Eric, defendant in *Heritage Pacific Financial, LLC v. Beelard, Case No. 10-02798, Bankr. E.D.California;*

Owned by Equity Capital Group

f) RAMOS, Samuel, defendant in *Heritage Pacific Financial, LLC v. Ramos, Case No. 10-09066, Bankr. E.D.California;*

Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013

g) MORENO, Victor, defendant in *Heritage Pacific Financial, LLC v. Moreno, Case No. 11-01113, Bankr. E.D.California;*

Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013

h) COUNTOURIOTIS, George Edward, defendant in *Heritage Pacific Financial, LLC v. Countouriotis, Case No. 10-02744, Bankr. E.D.California;*

Owned by HPAC1 Pool 5

i) MARTINEZ, Gerardo and Martha, defendant in *Heritage Pacific Financial, LLC v. Martinez, Case No. 11-01198, Bankr. E.D.California;*

Owned by Reggiano Marketing

j) JEFFORD, Nadine Ann, defendant in *Heritage Pacific Financial, LLC v. Jefford, Case No. 11-02246, Bankr. E.D.California;*

Settled

k) Jimenez, Roger Avila, defendant in *Heritage Pacific Financial, LLC v. Jimenez, Case No. 10-02525. Bankr. E.D.California;*

**Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

C) U.S. BANKRUPTCY---NORTHERN DISTRICT OF CALIFORNIA

a) MALDIA, Kim, defendant in *Heritage Pacific Financial, LLC v. Maldia, Case No. 11-05013, Bankr. N.D. California;*
**Owned by Redwater Funding Group transferred to Blue Star Holding Company, LLC 11/2012 and then transferred to Knightshead Fund on 6/2013**

b) ROMAN, Ana Laura, defendant in *Heritage Pacific Financial, LLC v. Roman, Case No. 11-05134, Bankr. N. D. California;*
**Owned by James W. Fields**

D) U.S. BANKRUPTCY COURT---Southern District of California

a) JORDAN, Verena, defendant in *Heritage Pacific Financial, LLC v. Jordan, Case No. 11-90051, Bankr. S.D. California;*

**Owned by United States of America Department of Justice**

b) PROO, Barbara, defendant in *Heritage Pacific Financial, LLC v. Proo, Case No. 11-90029. Bankr. S.D. California;*

**Owned by HPAC1 Pool 4**

c) LUND, James Thomas, defendant in *Heritage Pacific Financial, LLC v. Lund, Case No. 11-90399, Bankr. S.D. California;*
**Owned by James W. Fields**

d) DEKOEKKOEK, Laurens, defendant in *Heritage Pacific Financial, LLC v. Dekoekkoek, Case No. 11-90491, Bankr. S.D. California;*
**Owned by James W. Fields**

E) U.S. BANKRUPTCY COURT---District of Nevada

a) SPARTACUS, Susan, defendant in *Heritage Pacific Financial, LLC v. Spartacus, Adversary Proceeding No. 11-01145, Bankr. D. Nevada;*

Owned by James W. Fields

Exhibit #1

| Primary_Borrower_Name | Judgment Amount | Judgment Date |
|---|---|---|
| Alberto Herrera | $130,355.00 | 8/13/2010 |
| Leonardo M. Ariza | $62,173.36 | 1/31/2011 |
| Benito Omana | $117,355.00 | 10/15/2010 |
| JESUS LUNA | $120,740.94 | 12/9/2010 |
| Karla Escobar | $108,355.00 | 9/17/2010 |
| Tony Ornelas | $130,355.00 | 9/14/2010 |
| Johnathan David Greaney | $134,279.62 | 2/28/2011 |
| Roselin Cornejo | $76,355.00 | 9/9/2010 |
| Jorge Reque | $68,355.00 | 9/23/2010 |
| ISIDRO ZUNIGA | $155,355.00 | 8/23/2010 |
| Erica Garay | $108,448.38 | 12/22/2010 |
| Juan Diaz | $66,122.57 | 11/4/2010 |
| Everly Aguayo | $71,372.04 | 11/1/2010 |
| Luis Edmundo Lopez | $121,755.00 | 11/19/2010 |
| Miguel A. Alvarez | $123,746.45 | 11/8/2010 |
| MONIQUE HUEREQUE | $50,655.00 | 10/19/2010 |
| SUSAN GONZALEZ | $58,591.33 | 6/3/2011 |
| JACQUELINE KNIGHT | $101,237.37 | 11/2/2010 |
| MATTHEW WEATHERLY | $23,539.64 | 12/21/2010 |
| Erika Escobar | $128,997.64 | 12/20/2010 |
| Thomas Cirineo | $133,849.21 | 11/24/2010 |
| DOROTHY COTTRELL | $84,040.22 | 12/10/2010 |
| William Guevara | $108,955.74 | 10/13/2010 |
| Hugo Pons | $58,996.31 | 11/9/2010 |
| NICOLE MCNAMARA | $74,845.19 | 3/10/2011 |
| Wei Zheng Lin | $110,680.11 | 3/4/2011 |
| RYAN REPOSA | $89,725.64 | 1/24/2011 |
| Miguel Garcia | $43,727.40 | 1/13/2011 |
| BRENDA HILL | $82,242.71 | 12/7/2010 |
| Ricardo Arellano | $149,780.71 | 12/22/2010 |
| ESAU ALVAREZ | $125,355.00 | 12/14/2010 |
| JOHN M. CARLOS | $24,296.52 | 12/21/2010 |
| MARTHA FRANCO | $63,046.88 | 1/27/2011 |
| Jose Luis Garduno | $111,075.78 | 3/10/2011 |
| Yezid A. Ortiz | $70,081.62 | 1/31/2011 |
| Rodrigo Borja | $103,297.05 | 12/14/2010 |
| Leroy C. Gonzales | $85,013.32 | 11/10/2010 |
| Maria Acevedo | $146,558.16 | 11/10/2010 |
| Puntilar June Chautavipat | $113,444.83 | 5/10/2011 |
| Esperanza Dominguez | $65,636.30 | 3/7/2011 |
| MARCELINO MONGE ALAS | $76,619.98 | 3/7/2011 |
| MARIA ARIAS | $58,245.99 | 3/7/2011 |
| GENARO MILLAN | $88,355.00 | 3/4/2011 |
| URBANA M. CABRERA | $154,244.67 | 1/6/2011 |
| MARIA AGUILAR | $75,128.05 | 3/7/2011 |
| CARLOS WASHINGTON GARCIA | $114,824.19 | 3/7/2011 |

| Name | Amount | Date |
|---|---:|---|
| Alejandro Jimenez | $ 60,162.65 | 1/27/2011 |
| Emmanuel Nsahlai | $ 147,710.16 | 9/29/2010 |
| Matthew Alfano | $ 120,314.49 | 3/25/2011 |
| Richard Z. Garcia | $ 112,355.00 | 1/12/2011 |
| LUIS FLORES | $ 64,169.57 | 1/31/2011 |
| BERJ WARTANIAN | $ 199,452.76 | 12/28/2010 |
| Jerry Parker | $ 150,018.45 | 3/2/2011 |
| Jennifer Hernandez | $ 43,398.78 | 5/27/2011 |
| EURELL E. CHAMBERS | $ 58,300.87 | 11/8/2010 |
| JOSE A. RAUDA | $ 140,344.01 | 6/9/2011 |
| NARDA CHICA | $ 120,265.22 | 6/2/2011 |
| MIKKI WADE | $ 50,076.92 | 6/16/2011 |
| Robert J. Cooney | $ 292,036.07 | 2/7/2011 |
| ISIDRO C. GARCIA | $ 79,141.58 | 3/28/2011 |
| Gerardo Lopez | $ 129,797.66 | 2/23/2011 |
| JOSE BALLESTEROS | $ 67,854.76 | 3/24/2011 |
| LUIS SERNA | $ 84,232.79 | 3/24/2011 |
| SALATIEL MONTOYA | $ 80,068.35 | 8/30/2011 |
| JOHANNA GARAYZAR | $ 79,131.28 | 4/13/2011 |
| Kelly Suzanne Barnes | $ 156,155.00 | 2/7/2011 |
| JOANNA DIAZ | $ 72,055.00 | 4/8/2011 |
| Martha Escandon | $ 124,355.00 | 3/16/2011 |
| Marilou Hilario | $ 120,335.00 | 5/9/2011 |
| LUIS R. CAMPILLO | $ 126,166.96 | 5/31/2011 |
| Lidia M. Quintana | $ 76,030.54 | 3/11/2011 |
| Dolores D. Gapo | $ 85,271.80 | 4/5/2011 |
| Luis Martinez | $ 89,906.25 | 2/1/2011 |
| TOBIAS GONZALEZ | $ 80,353.90 | 4/18/2011 |
| Raul Salomon | $ 43,024.07 | 3/30/2011 |
| DORA DE LEMUS | $ 36,666.96 | 5/17/2011 |
| Zoltan Makula | $ 53,336.71 | 6/16/2011 |
| Yolanda A. Arellano | $ 325,605.00 | 6/7/2011 |
| JAIME PEREZ | $ 57,321.85 | 4/4/2011 |
| Berta A. Rico | $ 69,190.04 | 5/26/2011 |
| ARACELY RAMIREZ | $ 124,901.52 | wasn't signed |
| Carlos Torres | $ 331,605.00 | 4/12/2011 |
| Francisco Mariscal | $ 87,735.36 | 2/9/2011 |
| Elda Solorio | $ 72,011.54 | 8/1/2011 |
| Rigoberto Hurtada | $ 33,517.19 | 5/16/2011 |
| Antonio Rodriguez | $ 74,355.00 | 5/25/2011 |
| Thomas Hoy | $ 66,036.85 | wasn't signed |
| Donna Goldman | $ 85,243.95 | wasn't signed |
| San Yusen Bon | $ 188,119.06 | 3/9/2011 |
| JOSE PULIDO | $ 62,931.87 | 3/28/2011 |
| ANGEL GONZALEZ | $ 85,178.74 | 7/20/2011 |
| Ruben Guerrero | $ 110,481.96 | 3/29/2011 |
| STEVEN PHILLIPS | $ 79,105.00 | 11/12/2010 |

| Name | Amount | Date |
|---|---:|---|
| Eulogio Balderas | $ 52,325.41 | 2/15/2011 |
| Yazmin Gonzalez | $ 61,416.64 | 9/20/2011 |
| CHAD GRIMENSTEIN | $ 180,355.00 | 12/21/2010 |
| Ronald Giovanni Fuentes | $ 58,570.00 | 9/13/2010 |
| FRANCISCO J BRAVO LOPEZ | $ 55,605.00 | 4/13/2011 |
| Mel C. Gutierrez | $ 51,765.37 | 1/17/2011 |
| Calet G Barrera | $ 124,364.40 | 1/17/2011 |
| Yolanda Rosas Meneses | $ 109,458.74 | 1/17/2011 |
| Villarosal A. Rabino | $ 113,408.81 | 4/11/2011 |
| ALEJANDRO DELGADO | $ 60,000.00 | wasn't signed |
| HARRY SUNDBERG and Shawna Owens | $ 103,825.00 | 1/4/2011 |
| GABRIELA MORALES | $ 73,280.37 | 2/1/2011 |